1  RAMIRO MORALES, Bar # 167947
   rmorales@mfrlegal.com
2  DAVID A. ASTENGO, Bar # 196096
   dastengo@mfrlegal.com
3  MORALES, FIERRO & REEVES
4  2300 Contra Costa Blvd., Suite 310
   Pleasant Hill, California 94523
5  Telephone:  (925) 288-1776
   Facsimile:   (925) 288-1856
6
7  Attorneys for Defendant, WESTCHESTER SURPLUS
   LINES INSURANCE COMPANY
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO

12

13
   SIERRA BAY CONTRACTORS, INC.,          CASE NO.:  3:10-cv-04611-RS
14 A California Corporation,

15     Plaintiff,                         [PROPOSED] ORDER GRANTING
                                          DEFENDANT, WESTCHESTER SURPLUS
16 vs.                                    LINES INSURANCE COMPANY, LEAVE
                                          TO FILE A THIRD-PARTY COMPLAINT
17
   WESTCHESTER SURPLUS LINES
18 INSURANCE COMPANY, a Georgia           Judge:  Honorable Richard Seeborg
   corporation, and DOES 1 through 50,
19 inclusive,

20     Defendants.

21

22

23     Counsel for Defendant, Westchester Surplus Lines Insurance Company

24 ("WESTCHESTER"), submitted to this Court the "Stipulated Request That Defendant,

25 Westchester Surplus Lines Insurance Company, Be Granted Leave To File A Third-Party

26 Complaint Pursuant to F.R.C.P. 14" (the "Stipulated Request").

27 ///

28 ///

---

1

[PROPOSED] ORDER                                        CASE NO.: 3:10-cv-04611-RS

1   As set forth in the Stipulated Request, it is plaintiff, Sierra Bay Contractors, Inc.'s ("SIERRA BAY"), contention in this action that WESTCHESTER has a duty to defend and indemnify SIERRA BAY against the claims and demands being asserted against SIERRA BAY in two ongoing underlying actions (the "Underlying Actions").  Furthermore, it is WESTCHESTER's contention that certain insurance carriers have a duty to defend SIERRA BAY in the Underlying Actions as their additional insured.  More specifically, it is WESTCHESTER's contention that each said insurance carrier is or may be liable to WESTCHESTER for all or part of SIERRA BAY's claims against WESTCHESTER in this action.

   WESTCHESTER now seeks leave to file the "Westchester Surplus Lines Insurance Company's Third-Party Complaint For: (1) Declaratory Relief; (2) Equitable Contribution; and (3) Equitable Subrogation" (the "WESTCHESTER Third-Party Complaint") pursuant to Federal Rule of Civil Procedure 14 as to those insurance carriers whom WESTCHESTER contends have a duty to defend SIERRA BAY in the Underlying Actions as their additional insured.

   After consideration of the Stipulated Request and the proposed WESTCHESTER Third-Party Complaint attached as exhibit "A" thereto, the Court orders as follows:

   WESTCHESTER is hereby granted leave pursuant to Federal Rule of Civil Procedure 14 to file the "Westchester Surplus Lines Insurance Company's Third-Party Complaint For: (1) Declaratory Relief; (2) Equitable Contribution; and (3) Equitable Subrogation" attached as exhibit "A" to the Stipulated Request.

   **IT IS SO ORDERED.**

Date: __3/21_____, 2011     By: _____
                                   HONORABLE RICHARD SEEBORG
                                   United States Judge
                                   United States District Court, Northern
                                   District of California