RAMIRO MORALES, Bar # 167947
rmorales@mfrlegal.com
DAVID A. ASTENGO, Bar # 196096
dastengo@mfrlegal.com
MORALES, FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, California 94523
Telephone:  (925) 288-1776
Facsimile:   (925) 288-1856

Attorneys for Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SIERRA BAY CONTRACTORS, INC., A California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 3:10-cv-04611-RS<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, LEAVE TO FILE A FIRST AMENDED THIRD-PARTY COMPLAINT<br><br>Judge: Honorable Richard Seeborg |

Counsel for Defendant, Westchester Surplus Lines Insurance Company ("WESTCHESTER"), submitted to this Court the "Stipulated Request That Defendant, Westchester Surplus Lines Insurance Company, Be Granted Leave To File A First Amended Third-Party Complaint Pursuant to F.R.C.P. 14" (the "Stipulated Request").

///

///

---

As set forth in the Stipulated Request, it is plaintiff, Sierra Bay Contractors, Inc.'s ("SIERRA BAY"), contention in this action that WESTCHESTER has a duty to defend and indemnify SIERRA BAY against the claims and demands being asserted against SIERRA BAY in two ongoing underlying actions (the "Underlying Actions"). Furthermore, it is WESTCHESTER's contention that certain insurance carriers have a duty to defend SIERRA BAY in the Underlying Actions as their additional insured. More specifically, it is WESTCHESTER's contention that each said insurance carrier is or may be liable to WESTCHESTER for all or part of SIERRA BAY's claims against WESTCHESTER in this action.

On March 21, 2011, pursuant to WESTCHESTER's stipulated request, this Court granted WESTCHESTER leave to file the "Westchester Surplus Lines Insurance Company's Third-Party Complaint For: (1) Declaratory Relief; (2) Equitable Contribution; and (3) Equitable Subrogation" pursuant to Federal Rule of Civil Procedure 14 as to those insurance carriers whom WESTCHESTER contends have a duty to defend SIERRA BAY in the Underlying Actions as their additional insured.

WESTCHESTER now seeks leave to file the "Westchester Surplus Lines Insurance Company's First Amended Third-Party Complaint For: (1) Declaratory Relief; (2) Equitable Contribution; and (3) Equitable Subrogation" (the "WESTCHESTER First Amended Third-Party Complaint") pursuant to Federal Rule of Civil Procedure 14 as to those insurance carriers whom WESTCHESTER contends have a duty to defend SIERRA BAY in the Underlying Actions as their additional insured.

As set forth in the Stipulated Request, since this Court's March 21, 2011 Order, WESTCHESTER contends that it has been provided documentation and other information from counsel in the Underlying Actions pursuant to which WESTCHESTER believes two further insurance carriers have an additional insuring obligation to SIERRA BAY in the Underlying Actions, and two already named third party defendants have such an insuring obligation to SIERRA BAY under additional policies, and that all said insurers are or may be liable to WESTCHESTER for all or part of SIERRA BAY's claims against WESTCHESTER in this action. WESTCHESTER

further seeks leave to file the WESTCHESTER First Amended Third-Party Complaint so as to name the correct corporate entity and effect service upon four third-party defendants whose corporate name has changed due to succession, merger or assignment.

After consideration of the Stipulated Request and the proposed WESTCHESTER First Amended Third-Party Complaint attached as exhibit "A" thereto, the Court orders as follows:

WESTCHESTER is hereby granted leave pursuant to Federal Rule of Civil Procedure 14 to file the "Westchester Surplus Lines Insurance Company's First Amended Third-Party Complaint For: (1) Declaratory Relief; (2) Equitable Contribution; and (3) Equitable Subrogation" attached as exhibit "A" to the Stipulated Request.

**IT IS SO ORDERED.**

Date: 4/22, 2011        By: _____
                             HONORABLE RICHARD SEEBORG
                             United States Judge
                             United States District Court, Northern
                             District of California