Brandt L. Wolkin, California Bar No. 112220
Amy K. Thomas, California Bar No. 202876
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:   (415) 982-9390
Facsimile:   (415) 982-4328

Counsel for Third-Party Defendant
GEMINI INSURANCE COMPANY

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA BAY CONTRACTORS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, *et al.*,<br><br>    Defendants. | Case No. 3:10-CV-04611-RS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF THIRD-PARTY DEFENDANT GEMINI INSURANCE COMPANY** |
| AND RELATED THIRD-PARTY CLAIMS | |

Pursuant to F.R.C.P. 41, Third-Party Defendant Gemini Insurance Company ("**Gemini**") and Third-Party Claimant Westchester Surplus Lines Insurance Company ("**Westchester**") have agreed and hereby stipulate to the dismissal of Gemini from this action, without prejudice, subject to said parties' mutual waiver of costs.  Said parties request the Court's approval and execution of the below proposed order for dismissal.

///

///

///

///

///

1.

IT IS SO STIPULATED.

Dated: July 18, 2011       By: _____
                               Amy K. Thomas
                               WOLKIN CURRAN, LLP

                               Counsel for Third-Party Defendant
                               GEMINI INSURANCE COMPANY

Dated: July 26, 2011       By: _____
                               David A. Astengo
                               MORALES FIERRO & REEVES, LLP

                               Counsel for Third-Party Claimant
                               WESTCHESTER SURPLUS LINES
                               INSURANCE COMPANY

## [PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that Third-Party Claimant Westchester Surplus Lines Insurance Company's claims against Third-Party Defendant Gemini Insurance Company be dismissed, without prejudice. The remainder of the third-party complaint shall not be changed or impacted by this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/29/11            _____
                          United States District Court
                          District of Northern California

STIPULATION AND [PROPOSED] ORDER FOR                        CASE NO.
DISMISSAL OF GEMINI INSURANCE COMPANY                       3:10-CV-04611-RS