*E-Filed 8/3/11*

1  RAMIRO MORALES, Bar # 167947
   rmorales@mfrlegal.com
2  DAVID A. ASTENGO, Bar # 196096
   dastengo@mfrlegal.com
3  MORALES FIERRO & REEVES
   2300 Contra Costa Blvd., Suite 310
4  Pleasant Hill, California  94523
   Telephone:  (925) 288-1776
5  Facsimile:   (925) 288-1856

6  Attorneys for Defendant and Third-Party Plaintiff,
   WESTCHESTER SURPLUS LINES INSURANCE COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 SIERRA BAY CONTRACTORS, INC., a            CASE NO. 3:10-CV-04611-RS
   California Corporation,
12                                            STIPULATION AND [PROPOSED]
                  Plaintiff,                  ORDER FOR DISMISSAL OF THIRD-
13 vs.                                        PARTY DEFENDANT FEDERATED
                                              SERVICE INSURANCE COMPANY
14 WESTCHESTER SURPLUS LINES
   INSURANCE COMPANY, a Georgia
15 Corporation, and ROES 1 through 50, inclusive,

16               Defendants.

17 AND RELATED THIRD-PARTY CLAIMS

18

19     Pursuant to F.R.C.P. 41, Third-Party Defendant Federated Service Insurance Company.

20 ("Federated") and Third-Party Claimant Westchester Surplus Lines Insurance Company

21 ("Westchester") have agreed and hereby stipulate to the dismissal of Federated from this action,

22 without prejudice, subject to said parties' mutual waiver of costs.  Said parties request the Court's

23 approval and execution of the below proposed order for dismissal.

24

25

26

27

28
**1**
DEFENDANT FEDERATED SERVICE INSURANCE COMPANY'S STIPULATION
AND [PROPOSED ORDER] FOR DIMISSAL OF THIRD PARTY DEFENDANT
FEDERATED SERVICE INSURANCE COMPANY.

IT IS SO STIPULATED.

Dated: August __, 2011

LAW OFFICES OF SEMHA ALWAYA,
A PROFESSIONAL CORPORATION

By: /s/ Semha Alwaya
Semha Alwaya
Counsel for Third-Party Defendant
FEDERATED SERVICE INSURANCE COMPANY

Dated: August 3, 2011

MORALES FIERRO & REEVES, LLP,

By: /s/ David A. Astengo
David A. Astengo
Counsel for Third-Party Defendant
WESTCHESTER SURPLUS LINES
INSURANCE COMPANY

## [PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that Third-Party Claimant Westchester Surplus Lines Insurance Company's claims against Third-Party Defendant Federated Service Insurance Company be dismissed, without prejudice. The remainder of the third-party complaint shall not be changed or impacted by this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/3/11

/s/ Richard Seeborg
United States District Court
District of Northern California