*E-Filed 8/19/11*

(SPACE BELOW FOR FILING STAMP ONLY)

Patrick Fredette, # 207284
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
1600 Scripps Center
312 Walnut Street
Cincinnati, OH  45202
Telephone:    (513) 762-7520
Facsimile:    (513) 762-7521

Jay A. Christofferson, # 203878
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant
LIBERTY SURPLUS INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA BAY CONTRACTORS, INC., A California Corporation,<br><br>                 Plaintiff,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, and ROES 1 through 50, inclusive,<br><br>                 Defendants. | Case No.  3:10-CV-04611-RS<br><br>[~~PROPOSED~~] ORDER LIFTING DEFAULT TO ALLOW LIBERTY SURPLUS INSURANCE CORPORATION TO FILE AN ANSWER<br><br>[CIVIL L.R. 77-2] |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

[~~PROPOSED~~] ORDER LIFTING DEFAULT TO ALLOW LIBERTY SURPLUS INSURANCE CORPORATION TO FILE AN ANSWER – CASE NO. 3:10-CV-04611-RS

| | |
|---|---|
| 1 | WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, |
| 2 | |
| 3 | Third-Party Plaintiff, |
| | vs. |
| 4 | |
| 5 | ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Corporation; CONTINENTAL CASUALTY COMPANY, an Illinois Corporation; FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota Corporation; FEDERATED SERVICE INSURANCE COMPANY, a Minnesota Corporation; GEMINI INSURANCE COMPANY, a Delaware Corporation; GREAT AMERICAN ASSURANCE COMPANY, an Ohio Corporation; GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois Corporation; LEXINGTON INSURANCE COMPANY, a Delaware Corporation; LIBERTY SURPLUS INSURANCE CORPORATION, a New Hampshire Corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY *formerly known as* NIC Insurance Company, a New York corporation; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, *successor by merger* to Transcontinental Insurance Company, an Illinois Corporation; OLD REPUBLIC GENERAL INSURANCE, an Illinois Corporation; SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation; TRUCK INSURANCE EXCHANGE, a California Corporation; VIRGINIA SURETY COMPANY, an Illinois Corporation. |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

[PROPOSED] ORDER LIFTING DEFAULT TO ALLOW LIBERTY SURPLUS INSURANCE CORPORATION TO FILE AN ANSWER – CASE NO. 3:10-CV-04611-RS

Pursuant to the Party's stipulation submitted herewith, the default entered as to Liberty Surplus Insurance Corporation ("LSIC") is lifted and LSIC shall file an Answer to the Cross-Complaint of Westchester Surplus Lines Insurance Company on or before August 30, 2011.

**IT IS SO ORDERED.**

Dated: 8/19/11

_____
Judge of the United States District
Court, Northern District of California

00003/00039-1785822.v1

---

1

[PROPOSED] ORDER LIFTING DEFAULT TO ALLOW LIBERTY SURPLUS INSURANCE CORPORATION TO FILE AN ANSWER – CASE NO. 3:10-CV-04611-RS

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501