*E-Filed 8/31/11*

Semha Alwaya (CSBN 141999)
LAW OFFICES OF SEMHA ALWAYA
A PROFESSIONAL CORPORATION
2200 Powell Street, Suite 110
Emeryville, California 94608
Telephone:    (510) 595-7900
Facsimile:    (510) 595-9049
E-mail:*salwaya@alwayalaw.com*

Attorneys for Third-Party Defendant
Federated Mutual Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA BAY CONTRACTORS, INC., a California Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation, and ROES 1 through 50, inclusive,<br><br>　　　　　　　　Defendants. | CASE NO. 3:10-CV-04611-RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF THIRD-PARTY DEFENDANT FEDERATED MUTUAL INSURANCE COMPANY |
| AND RELATED THIRD-PARTY CLAIMS | |

　　　　Pursuant to F.R.C.P. 41, Third-Party Defendant Federated Insurance Company. ("Federated") and Third-Party Claimant Westchester Surplus Lines Insurance Company ("Westchester") have agreed and hereby stipulate to the dismissal of Federated from this action, with prejudice, subject to said parties' mutual waiver of costs. Said parties request the Court's approval and execution of the below proposed order for dismissal.

-1-
FEDERATED'S STIPULATION AND
[~~PROPOSED~~] ORDER FOR DISMISSAL

IT IS SO STIPULATED.

Dated: August 15, 2011

LAW OFFICES OF SEMHA ALWAYA,
A PROFESSIONAL CORPORATION

By: *Semha Alwaya*
Semha Alwaya
Counsel for Third-Party Defendant
FEDERATED MUTUAL INSURANCE COMPANY

Dated: August 26, 2011

MORALES FIERRO & REEVES, LLP,

By: *David A Astengo*
David A Astengo
Counsel for Third-Party Defendant
WESTCHESTER SURPLUS LINES
INSURANCE COMPANY

[PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that Third-Party Claimant Westchester Surplus Lines Insurance Company's claims against Third-Party Defendant Federated Mutual Insurance Company be dismissed, without prejudice. The remainder of the third-party complaint shall not be changed or impacted by this Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

United States District Court
District of Northern California