*E-Filed 10/13/11*

RAMIRO MORALES, Bar # 167947
rmorales@mfrlegal.com
DAVID A. ASTENGO, Bar # 196096
dastengo@mfrlegal.com
MORALES FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, California 94523
Telephone: (925) 288-1776
Facsimile: (925) 288-1856

Attorneys for Defendant and Third-Party Plaintiff,
WESTCHESTER SURPLUS LINES INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA BAY CONTRACTORS, INC., a California Corporation,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation, and ROES 1 through 50, inclusive,<br><br>　　　　　　　Defendants.<br><br>AND RELATED THIRD-PARTY CLAIMS | CASE NO. 3:10-CV-04611-RS<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF THIRD-PARTY DEFENDANT ASPEN SPECIALTY INSURANCE COMPANY |

Pursuant to F.R.C.P. 41, Third-Party Defendant Aspen Specialty Insurance Company ("Aspen") and Third-Party Claimant Westchester Surplus Lines Insurance Company ("Westchester") have agreed and hereby stipulate to the dismissal of Aspen from this action, without prejudice, subject to said parties' mutual waiver of costs. Said parties request the Court's approval and execution of the below proposed order for dismissal.

1

STIPULATION AND [PROPOSED] ORDER FOR
DIMISSAL OF THIRD PARTY DEFENDANT
ASPEN SPECIALTY INSURANCE COMPANY

IT IS SO STIPULATED.

Dated: October 10, 2011      LAW OFFICES OF SAMUEL F. BARNUM

By: _____
    Samuel F. Barnum
Counsel for Third-Party Defendant
ASPEN SPECIALTY INSURANCE COMPANY

Dated: October 0, 2011      MORALES FIERRO & REEVES, LLP,

By: _____
    David A Astengo
Counsel for Third-Party Defendant
WESTCHESTER SURPLUS LINES
INSURANCE COMPANY

### [PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that Third-Party Claimant Westchester Surplus Lines Insurance Company's claims against Third-Party Defendant Aspen Specialty Insurance Company be dismissed, without prejudice. The remainder of the third-party complaint shall not be changed or impacted by this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____
United States District Court
District of Northern California