**United States District Court**
For the Northern District of California

*E-Filed 11/18/11*

1

2

3

4

5

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

12 SIERRA BAY CONTRACTORS, INC.,                    No. C 10-04611 RS

13            Plaintiff,                           **CASE MANAGEMENT**
       v.                                          **SCHEDULING ORDER**
14

15 WESTCHESTER SURPLUS LINES
   INSURANCE COMPANY,  and DOES 1
16 through 50, inclusive

17

18            Defendants.
   _____/

19 WESTCHESTER SURPLUS LINES
   INSURANCE CO.,
20

21            Third-Party Plaintiff,
       v.

22

23 ASPEN SPECIALITY INSURANCE
   CO., et al,

24

25            Third-Party Defendants.
   _____/

26      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case

27 Management Conference on November 17, 2011.  After considering the Joint Case Management

28

CASE MANAGEMENT SCHEDULING ORDER

United States District Court

For the Northern District of California

Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1. <u>ALTERNATIVE DISPUTE RESOLUTION</u>.

    <u>MEDIATION</u>.  The parties have agreed to participate in mediation with Bruce Edwards on December 2, 2011.  The parties shall promptly notify the Court whether the case is resolved at the mediation.

    2. <u>DISCOVERY</u>.

    On or before October 12, 2012, all non-expert discovery shall be completed by the parties.  Discovery shall be limited as follows:  (a)  ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of  requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

    3. <u>EXPERT WITNESSES</u>.  The disclosure and discovery of expert witness opinions shall proceed as follows:

    A.  On or before October 19, 2012, plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

    B.  On or before November 16, 2012, defendant shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

    C.  On or before November 30, 2012, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

    4. <u>PRETRIAL MOTIONS</u>.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be heard no later than December 6, 2012.

    5. <u>PRETRIAL STATEMENTS</u>.  At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before January 17, 2013, counsel shall file a Joint Pretrial Statement.

CASE MANAGEMENT SCHEDULING ORDER

6. <u>PRETRIAL CONFERENCE</u>.  The final pretrial conference will be held on **January 31, 2013, at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

7. <u>TRIAL DATE</u>.   Trial shall commence on **February 11, 2013, at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 11/18/11

_____

RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

3