*E-Filed 1/4/12*

1 | Mark W. Peck (State Bar No. 172190)
WILSON & ELLIN
2 | 2350 West Empire Avenue, Suite 102
Burbank, CA 91504
3 | Telephone: (818) 972-5205
Fax: (818) 972-5222
4 | Email: mark.peck@ffic.com

5 | Attorneys for Third-Party Defendant and Cross-Claimant
INTERSTATE FIRE & CASUALTY COMPANY

6

7

8 | **UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

9 | **(San Francisco)**

10

11

SIERRA BAY CONTRACTORS, INC., A
California Corporation,

            Plaintiff,

        v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, a Georgia
corporation, and ROES 1 through 50,
inclusive,

            Defendants.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, a Georgia
Corporation,

            Third-Party Plaintiff,

        v.

ASPEN SPECIALTY INSURANCE
COMPANY, a North Dakota Corporation;
CONTINENTAL CASUALTY
COMPANY, an Illinois Corporation;
FEDERATED MUTUAL INSURANCE
COMPANY, a Minnesota Corporation;
FEDERATED SERVICE INSURANCE
COMPANY, a Minnesota Corporation;
GEMINI INSURANCE COMPANY, a
Delaware Corporation; GREAT
AMERICAN ASSURANCE COMPANY,
an Ohio Corporation; GREAT

CASE NO: 3:10-CV-04611-RS

**STIPULATION TO ALLOW THIRD PARTY DEFENDANT, INTERSTATE FIRE & CASUALTY COMPANY, TO FILE A CROSS-CLAIM**

[~~PROPOSED~~] ORDER

**[Fed. R. Civ. Proc. 15 (a)(2)]**

*(left margin, vertical)* WILSON & ELLIN
2350 West Empire Avenue
Suite 102
Burbank, CA 91504
Telephone: (818) 972-5200

— 1 —

1  AMERICAN INSURANCE COMPANY, an Ohio Corporation; INTERSTATE FIRE
2  & CASUALTY COMPANY, an Illinois Corporation; LEXINGTON INSURANCE
3  COMPANY, a Delaware Corporation; LIBERTY SURPLUS INSURANCE
4  CORPORATION, a New Hampshire Corporation; NAVIGATORS
5  SPECIALTY INSURANCE COMPANY *formerly known as* NIC Insurance
6  Company, a New York Corporation; NATIONAL FIRE INSURANCE
7  COMPANY OF HARTFORD, *successor by merger* to Transcontinental Insurance
8  Company, an Illinois Corporation; OLD REPUBLIC GENERAL INSURANCE
9  CORPORATION, a an Illinois Corporation; SCOTTSDALE
10 INSURANCE COMPANY, an Ohio Corporation; TRUCK INSURANCE
11 EXCHANGE, a California Corporation; VIRGINIA SURETY COMPANY, an Illinois Corporation.

12        Third-Party Defendants.

13

WILSON & ELLIN
2350 West Empire Avenue
Suite 102
Burbank, CA 91504
Telephone: (818) 972-5200

14

15       Third-Party Plaintiff Westchester Surplus Lines Insurance Company ("Westchester")

16 and Third Party Defendant Interstate Fire & Casualty Company ("Interstate"), by and through

17 their respective counsel of record, hereby stipulate and agree to the following:

18       1.      On or about April 22, 2011, Westchester filed a third party complaint for

19 equitable contribution against various additional insured carriers, including Interstate in the

20 above-captioned action.

21       2.      On or about June 13, 2011, Interstate filed and served its answer to Westchester's

22 third-party complaint in the above-captioned action.

23       3.      Interstate now seeks to assert a cross-claim in this action.

24       4.      Federal Rule of Civil Procedure Rule 15 (a)(2) allows the filing of amendments to

25 pleadings, including to the answer in order to assert a cross-claim, through stipulation from the

26 opposing party.  Federal Rule of Civil Procedure Rule 15 (a)(2) states in part:

27 ///

28 ///

— 2 —

a)    Amendments Before Trial.

(2)    *Other Amendments.*  In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave.  The court should freely give leave when justice so requires.

5.    Westchester is the only party which has asserted a claim against Interstate in this matter, and therefore Westchester is the only opposing party as to Interstate.

6.    Westchester herein stipulates to allow Interstate to file a cross-claim in this matter.

7.    Interstate's cross-claim is based on new developments that came to light during the recent mediation before Bruce Edwards at JAMS in San Francisco, California on or about December 2, 2011 in the above-captioned action.

8.    Specifically, Interstate understood that the recent mediation was intended to explore a global resolution of all claims in dispute between the parties, including coverage issues in the above-captioned action and liability issues related to the underlying arbitration and litigation.

9.    Interstate issued a general liability policy to Elite Plastering, Inc. as a named insured.  Elite Plastering, Inc. was the stucco and lathing subcontractor for Sierra Bay Contractors for the PE Complex at issue in the underlying arbitration.  Elite Plastering, Inc. used another subcontractor, Service Lathing, Inc., for portions of the work performed for Sierra Bay Contractors on the PE Complex.  The subcontract agreement between Elite Plastering, Inc. and Service Lathing, Inc. required Service Lathing, Inc. to provide additional insured coverage to Elite Plastering, Inc. and Sierra Bay Contractors with respect to the PE Complex.

10.    It is Interstate's position that a resolution of the global resolution of coverage and liability issues related to Sierra Bay Contractors and Elite Plastering, Inc. cannot be reached without the participation of all insurers for Elite Plastering, Inc. and its subcontractor, Service Lathing, Inc.

WILSON & ELLIN
2350 West Empire Avenue
Suite 102
Burbank, CA 91504
Telephone: (818) 972-5200

— 3 —

11.     As a result, Interstate now wishes to file a cross-claim for declaratory relief, equitable contribution, and subrogation against the insurers for Service Lathing, Inc.

12.     Interstate's cross-claim arises out of the same transaction, occurrence, or series of transactions or occurrences already at issue in the above-captioned action.

13.     Interstate's cross-claim would be in the interests of justice and would promote the efficient resolution of all claims between the parties in the above-captioned action.

14.     Accordingly, Westchester and Interstate hereby stipulate that Interstate may file a cross-claim.

15.     A copy of the cross-claim is attached hereto as Exhibit 1.

16.     The parties also stipulate that the cross-claim will be deemed filed on the date that this stipulation is filed.

17.     Once the cross-claim is deemed filed, Interstate will serve parties to the cross-claim pursuant to applicable Federal Rules of Civil Procedure.

18.     Good cause exists for this stipulation.

19.     This stipulation may be executed in counterparts and will retain its full force and effect.

20.     Facsimile signatures will be acceptable and binding with respect to the enforceability of this stipulation.

///
///
///
///
///
///
///
///
///
///

— 4 —

WILSON & ELLIN
2350 West Empire Avenue
Suite 102
Burbank, CA 91504
Telephone: (818) 972-5200

IT IS SO STIPULATED.

DATE: January 2, 2012

WILSON & ELLIN

By: _____

Mark W. Peck
Attorneys for Third-Party Defendant and Cross-Claimant
INTERSTATE FIRE & CASUALTY COMPANY

DATE: January 2d, 2012

MORALES, FIERRO & REEVES

By: _____

Ramiro Morales
David A. Astengo
Attorneys for Defendant and Third-Party Plaintiff,
WESTCHESTER SURPLUS LINES INSURANCE
COMPANY

IT IS SO ORDERED.

DATE: January 4, 2012    _____

WILSON & ELLIN
2350 West Empire Avenue
Suite 102
Burbank, CA 91504
Telephone: (818) 972-5200

— 5 —

STIPULATION TO ALLOW THIRD PARTY DEFENDANT, INTERSTATE FIRE & CASUALTY COMPANY, TO FILE A
CROSS-CLAIM