*E-Filed 1/4/12*

1  Mark W. Peck (State Bar No. 172190)
   WILSON & ELLIN
2  2350 West Empire Avenue, Suite 102
   Burbank, CA 91504
3  Telephone: (818) 972-5205
   Fax:  (818) 972-5222
4  Email: mark.peck@ffic.com

5  Attorneys for Third-Party Defendant and Cross-Claimant
   INTERSTATE FIRE & CASUALTY COMPANY

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                            (San Francisco)

10

11  SIERRA BAY CONTRACTORS, INC., A        CASE NO:  3:10-CV-04611-RS
12  California Corporation,

13           Plaintiff,
                                           STIPULATION TO ALLOW THIRD
14       v.                                PARTY DEFENDANT, INTERSTATE
                                           FIRE & CASUALTY COMPANY, TO
15  WESTCHESTER SURPLUS LINES              FILE A CROSS-CLAIM
    INSURANCE COMPANY, a Georgia
16  corporation, and ROES 1 through 50,    [PROPOSED] ORDER
    inclusive,
17                                         [Fed. R. Civ. Proc. 15 (a)(2)]
             Defendants.
18
    WESTCHESTER SURPLUS LINES
19  INSURANCE COMPANY, a Georgia
    Corporation,
20
             Third-Party Plaintiff,
21
         v.
22
    ASPEN SPECIALTY INSURANCE
23  COMPANY, a North Dakota Corporation;
    CONTINENTAL CASUALTY
24  COMPANY, an Illinois Corporation;
    FEDERATED MUTUAL INSURANCE
25  COMPANY, a Minnesota Corporation;
    FEDERATED SERVICE INSURANCE
26  COMPANY, a Minnesota Corporation;
    GEMINI INSURANCE COMPANY, a
27  Delaware Corporation; GREAT
    AMERICAN ASSURANCE COMPANY,
28  an Ohio Corporation; GREAT

WILSON & ELLIN
2350 West Empire Avenue
Suite 102
Burbank, CA 91504
Telephone: (818) 972-5200

— 1 —

AMERICAN INSURANCE COMPANY,
an Ohio Corporation; INTERSTATE FIRE
& CASUALTY COMPANY, an Illinois
Corporation; LEXINGTON INSURANCE
COMPANY, a Delaware Corporation;
LIBERTY SURPLUS INSURANCE
CORPORATION, a New Hampshire
Corporation; NAVIGATORS
SPECIALTY INSURANCE COMPANY
*formerly known as* NIC Insurance
Company, a New York Corporation;
NATIONAL FIRE INSURANCE
COMPANY OF HARTFORD, *successor
by merger* to Transcontinental Insurance
Company, an Illinois Corporation; OLD
REPUBLIC GENERAL INSURANCE
CORPORATION, a an Illinois
Corporation; SCOTTSDALE
INSURANCE COMPANY, an Ohio
Corporation; TRUCK INSURANCE
EXCHANGE, a California Corporation;
VIRGINIA SURETY COMPANY, an
Illinois Corporation.

Third-Party Defendants.

WILSON & ELLIN
2350 West Empire Avenue
Suite 102
Burbank, CA 91504
Telephone: (818) 972-5200

Third-Party Plaintiff Westchester Surplus Lines Insurance Company ("Westchester")
and Third Party Defendant Interstate Fire & Casualty Company ("Interstate"), by and through
their respective counsel of record, hereby stipulate and agree to the following:

1.      On or about April 22, 2011, Westchester filed a third party complaint for
equitable contribution against various additional insured carriers, including Interstate in the
above-captioned action.

2.      On or about June 13, 2011, Interstate filed and served its answer to Westchester's
third-party complaint in the above-captioned action.

3.      Interstate now seeks to assert a cross-claim in this action.

4.      Federal Rule of Civil Procedure Rule 15 (a)(2) allows the filing of amendments to
pleadings, including to the answer in order to assert a cross-claim, through stipulation from the
opposing party.  Federal Rule of Civil Procedure Rule 15 (a)(2) states in part:

///

///

— 2 —

WILSON & ELLIN
2350 West Empire Avenue
Suite 102
Burbank, CA 91504
Telephone: (818) 972-5200

a)   Amendments Before Trial.

(2)   *Other Amendments.*  In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave.  The court should freely give leave when justice so requires.

5.   Westchester is the only party which has asserted a claim against Interstate in this matter, and therefore Westchester is the only opposing party as to Interstate.

6.   Westchester herein stipulates to allow Interstate to file a cross-claim in this matter.

7.   Interstate's cross-claim is based on new developments that came to light during the recent mediation before Bruce Edwards at JAMS in San Francisco, California on or about December 2, 2011 in the above-captioned action.

8.   Specifically, Interstate understood that the recent mediation was intended to explore a global resolution of all claims in dispute between the parties, including coverage issues in the above-captioned action and liability issues related to the underlying arbitration and litigation.

9.   Interstate issued a general liability policy to Elite Plastering, Inc. as a named insured.  Elite Plastering, Inc. was the stucco and lathing subcontractor for Sierra Bay Contractors for the PE Complex at issue in the underlying arbitration.  Elite Plastering, Inc. used another subcontractor, Service Lathing, Inc., for portions of the work performed for Sierra Bay Contractors on the PE Complex.  The subcontract agreement between Elite Plastering, Inc. and Service Lathing, Inc. required Service Lathing, Inc. to provide additional insured coverage to Elite Plastering, Inc. and Sierra Bay Contractors with respect to the PE Complex.

10.   It is Interstate's position that a resolution of the global resolution of coverage and liability issues related to Sierra Bay Contractors and Elite Plastering, Inc. cannot be reached without the participation of all insurers for Elite Plastering, Inc. and its subcontractor, Service Lathing, Inc.

— 3 —

11.   As a result, Interstate now wishes to file a cross-claim for declaratory relief, equitable contribution, and subrogation against the insurers for Service Lathing, Inc.

12.   Interstate's cross-claim arises out of the same transaction, occurrence, or series of transactions or occurrences already at issue in the above-captioned action.

13.   Interstate's cross-claim would be in the interests of justice and would promote the efficient resolution of all claims between the parties in the above-captioned action.

14.   Accordingly, Westchester and Interstate hereby stipulate that Interstate may file a cross-claim.

15.   A copy of the cross-claim is attached hereto as Exhibit 1.

16.   The parties also stipulate that the cross-claim will be deemed filed on the date that this stipulation is filed.

17.   Once the cross-claim is deemed filed, Interstate will serve parties to the cross-claim pursuant to applicable Federal Rules of Civil Procedure.

18.   Good cause exists for this stipulation.

19.   This stipulation may be executed in counterparts and will retain its full force and effect.

20.   Facsimile signatures will be acceptable and binding with respect to the enforceability of this stipulation.

///
///
///
///
///
///
///
///
///
///

WILSON & ELLIN
2350 West Empire Avenue
Suite 102
Burbank, CA 91504
Telephone: (818) 972-5200

— 4 —

IT IS SO STIPULATED.

DATE: January 2, 2012

WILSON & ELLIN

By: _____
Mark W. Peck
Attorneys for Third-Party Defendant and Cross-Claimant
INTERSTATE FIRE & CASUALTY COMPANY

DATE: January 2nd, 2012

MORALES, FIERRO & REEVES

By: _____
Ramiro Morales
David A. Astengo
Attorneys for Defendant and Third-Party Plaintiff,
WESTCHESTER SURPLUS LINES INSURANCE
COMPANY

IT IS SO ORDERED.

DATE: January 4, 2012    _____

**WILSON & ELLIN**
2350 West Empire Avenue
Suite 102
Burbank, CA 91504
Telephone: (818) 972-5200

— 5 —

STIPULATION TO ALLOW THIRD PARTY DEFENDANT, INTERSTATE FIRE & CASUALTY COMPANY, TO FILE A
CROSS-CLAIM