*E-Filed 1/30/12*

1  Mark W. Peck (State Bar No. 172190)
   WILSON & ELLIN
2  2350 West Empire Avenue, Suite 102
   Burbank, California 91504
3  Telephone: (818) 972-5205
   Fax: (818) 972-5222
4  Email: mark.peck@ffic.com

5  Attorneys for Third-Party Defendant and
   Cross-Complainant
6  INTERSTATE FIRE & CASUALTY COMPANY

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (San Francisco)

| | |
|---|---|
| SIERRA BAY CONTRACTORS, INC., A California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, and ROES 1 through 50, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO: 3:10-CV-04611-RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF CROSS-DEFENDANT NAVIGATORS SPECIALTY INSURANCE COMPANY, FORMERLY KNOWN AS NIC INSURANCE COMPANY |

Pursuant to F.R.C.P. 41, Cross-Defendant, Navigators Specialty Insurance Company, formerly known as NIC Insurance Company ("Navigators"), and Cross-Claimant, Interstate Fire & Casualty Company ("Interstate"), have agreed and hereby stipulate to the dismissal of Navigators from Interstate's Cross-Claim, with prejudice, subject to said parties' mutual waiver of costs. Said parties request the Court's approval and execution of the below proposed order for dismissal.

///

IT IS SO STIPULATED.

DATE: Jan. 22, 2012   By: _____
Mark W. Peck
Attorneys for Third-Party Defendant and Cross-Claimant
INTERSTATE FIRE & CASUALTY COMPANY
CASUALTY COMPANY

DATE: Jan 27, 2012   By: _____
Robert L. Sallander, Jr.
Attorneys for Third-Party Defendant and Cross-Defendant
NAVIGATORS SPECIALTY INSURANCE COMPANY,
formerly known as NIC INSURANCE COMPANY

[~~PROPOSED~~] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that Third-Party Defendant and Cross-Claimant, Interstate Fire & Casualty Company's cross-claim against Third-Party Defendant and Cross-Defendant Navigators Specialty Insurance Company, formerly known as NIC Insurance Company, be dismissed, with prejudice. The remainder of the cross-claims shall not be changed or impacted by this Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/30/12

_____
United States District Court
District of Northern California