```
SHERYL W. LEICHENGER (SBN 161688)
sleichenger@selmanbreitman.com
LISA MARTIN LAMPKIN (SBN 199514)
llampkin@selmanbreitman.com
LAURA R. RAMOS (SBN (SBN 186326)
lramos@selmanbreitman.com
SELMAN BREITMAN LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025
Telephone:    (310) 445-0800
Facsimile:    (310) 473-2525
```

Attorneys for Third-Party Defendant and Cross-Claimant
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA BAY CONTRACTORS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, and ROES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:10-CV-04611-RS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE OF SCOTTSDALE INSURANCE COMPANY'S CROSS-CLAIM AGAINST NAVIGATORS SPECIALTY INSURANCE COMPANY, FORMERLY KNOWN AS NIC INSURANCE COMPANY, IN EXCHANGE FOR A WAIVER OF COSTS** |
| WESTCHESTER SURPLUS LINES INSUANCE COMPANY, a Georgia Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Corporation; CONTINENTAL CASUALTY INSURANCE COMPANY, an Illinois Corporation; GEMINI INSURANCE COMPANY, a Delaware Corporation; GREAT AMERICAN ASSURANCE COMPANY, an Ohio Corporation; GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation; INTERSTATE FIRE AND CASUALTY COMPANY, an Illinois Corporation; LEXINGTON INSURANCE COMPANY, a Delaware Corporation; LIBERTY | |

| | |
|---|---|
| 1 | SURPLUS INSURANCE CORPORATION, a New Hampshire Corporation; NIC INSURANCE COMPANY, a New York Corporation; OLD REPUBLIC GENERAL INSURANCE CORPORATION, an Illinois Corporation; TRANSCONTINENTAL INSURANCE COMPANY, an Illinois Corporation; SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation; TRUCK INSURANCE EXCHANGE, a California Corporation; VIRGINIA SURETY COMPANY, an Illinois Corporation, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| | Third-Party Defendants. |
| 8 | |
| 9 | SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation, |
| 10 | Cross-Claimant, |
| 11 | v. |
| 12 | AMERICAN SAFETY INDEMNITY COMPANY an Oklahama Corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, formally known as NIC Insurance Company, a New York Corporation; GEMINI INSURANCE COMPANY, a Delaware Corportion; LEXINGTON INSURANCE COMPANY, a Delaware Corporation; and ROES 1 through 20, inclusive, |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | Cross-Defendants. |

Pursuant to Federal Rule of Civil Procedure 41, third-party defendant and cross-claimant Scottsdale Insurance Company ("Scottsdale"), and cross-defendant Navigators Specialty Insurance Company, formally known as NIC Insurance Company ("Navigators"), have agreed and hereby stipulate to the dismissal of Scottsdale's Cross-Claim against Navigators, without prejudice, subject to said parties' mutual waiver of costs.

**IT IS SO STIPULATED.**

Selman Breitman LLP
ATTORNEYS AT LAW

1  DATED: May 25, 2012                SELMAN BREITMAN LLP

2
3                                     By: /s/ Lisa M. Lampkin
                                          Lisa M. Lampkin
4                                         Attorneys for Third-Party Defendant and Cross-
                                          Complainant Scottsdale Insurance Company
5
   DATED: May 25, 2012                GREENAN, PEFFER, SALLANDER & LALLY
6
7
                                      By: /s/ Robert L. Saliander, Jr.
8                                         Robert L. Saliander, Jr.
                                          Attorneys for Cross-Defendant Navigators Scpecialty
9                                         Insurance Company, formerly, known as NIC
                                          Insurance Company
10

11

12                    [PROPOSED] ORDER OF PARTIAL DISMISSAL

13       Having reviewed the above stipulation, the Court orders that cross-defendant Navigators

14  Specialty Insurance Company, formally known as NIC Insurance Company, be dismissed, without

15  prejudice, from Scottsdale Insurance Company's cross-claim, with each side to bear its own fees

16  and costs. The remainder of the cross-claims shall not be impacted by this Order.

17
           PURSUANT TO STIPULATION, IT IS SO ORDERED.
18

19  Dated:  5/30/12
20                                    _____
                                      United States District Court
21                                    District of Northern California

---

3

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF NAVIGATORS
CASE NO. 3:10-CV-04611-RS

535867.1 380.30819