SHERYL W. LEICHENGER (SBN 161688)
sleichenger@selmanbreitman.com
LISA MARTIN LAMPKIN (SBN 199514)
llampkin@selmanbreitman.com
LAURA R. RAMOS (SBN (SBN 186326)
lramos@selmanbreitman.com
SELMAN BREITMAN LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA  90025
Telephone:      (310) 445-0800
Facsimile:       (310) 473-2525

Attorneys for Third-Party Defendant and Cross-Claimant
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA BAY CONTRACTORS, INC., a California Corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, and ROES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. 3:10-CV-04611-RS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE OF SCOTTSDALE INSURANCE COMPANY'S CROSS-CLAIM AGAINST AMERICAN SAFETY INDEMNITY COMPANY, IN EXCHANGE FOR A WAIVER OF COSTS** |
| WESTCHESTER SURPLUS LINES INSUANCE COMPANY, a Georgia Corporation,<br><br>        Third-Party Plaintiff,<br><br>  v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Corporation; CONTINENTAL CASUALTY INSURANCE COMPANY, an Illinois Corporation; GEMINI INSURANCE COMPANY, a Delaware Corporation; GREAT AMERICAN ASSURANCE COMPANY, an Ohio Corporation; GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation; INTERSTATE FIRE AND CASUALTY COMPANY, an Illinois Corporation; LEXINGTON INSURANCE COMPANY, a Delaware Corporation; LIBERTY | |

1

535962.1  380.30819

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | SURPLUS INSURANCE CORPORATION, a New Hampshire Corporation; NIC INSURANCE COMPANY, a New York Corporation; OLD REPUBLIC GENERAL INSURANCE CORPORATION, an Illinois Corporation; TRANSCONTINENTAL INSURANCE COMPANY, an Illinois Corporation; SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation; TRUCK INSURANCE EXCHANGE, a California Corporation; VIRGINIA SURETY COMPANY, an Illinois Corporation,<br><br>                Third-Party Defendants. |
| 9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17 | SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation,<br><br>                Cross-Claimant,<br><br>        v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY an Oklahoma Corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, formally known as NIC Insurance Company, a New York Corporation; GEMINI INSURANCE COMPANY, a Delaware Corportion; LEXINGTON INSURANCE COMPANY, a Delaware Corporation; and ROES 1 through 20, inclusive,<br><br>                Cross-Defendants. |

Pursuant to Federal Rule of Civil Procedure 41, third-party defendant and cross-claimant Scottsdale Insurance Company ("Scottsdale"), and cross-defendant American Safety Indemnity Company ("ASIC "), have agreed and hereby stipulate to the dismissal of Scottsdale's Cross-Claim against ASIC, without prejudice, subject to said parties' mutual waiver of costs.

**IT IS SO STIPULATED.**

DATED: May 30, 2012

SELMAN BREITMAN LLP

By: _____
Lisa M. Lampkin
Attorneys for Third-Party Defendant and Cross-Complainant Scottsdale Insurance Company

DATED: May 30, 2012

LAW OFFICES OF SEMHA ALWAYA

By: _____
Semha Alwaya
Attorneys for Cross-Defendant American Safety Indemnity Company

## [PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that cross-defendant American Safety Indemnity Company be dismissed, without prejudice, from Scottsdale Insurance Company's cross-claim, with each side to bear its own fees and costs. The remainder of the cross-claims shall not be impacted by this Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/1/12

_____
United States District Court
District of Northern California