Mark W. Peck (State Bar No. 172190)
WILSON & ELLIN
2350 West Empire Avenue, Suite 102
Burbank, California 91504
Telephone: (818) 972-5205
Fax: (818) 972-5222
Email: mark.peck@ffic.com

Attorneys for Third-Party Defendant and
Cross-Complainant
INTERSTATE FIRE & CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

(San Francisco)

| | |
|---|---|
| SIERRA BAY CONTRACTORS, INC., A California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, and ROES 1 through 50, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO: 3:10-CV-04611-RS<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CROSS-DEFENDANT AMERICAN SAFETY INDEMNITY COMPANY |

Pursuant to F.R.C.P. 41, Cross-Defendant, American Safety Indemnity Company ("American"), and Cross-Claimant, Interstate Fire & Casualty Company ("Interstate"), have agreed and hereby stipulate to the dismissal of American from Interstate's Cross-Claim, without prejudice, subject to said parties' mutual waiver of costs. Said parties request the Court's approval and execution of the below proposed order for dismissal.

///
///

— 1 —

IT IS SO STIPULATED.

WILSON & ELLIN

DATE: 6/6/12    By: _____
Mark W. Peck
Attorneys for Third-Party Defendant and Cross-Claimant
INTERSTATE FIRE & CASUALTY COMPANY
CASUALTY COMPANY

LAW OFFICES OF SEMHA ALWAYA

DATE: 6/5/12    By: _____
Semha Alwaya
Attorneys for Cross-Defendant
AMERICAN SAFETY INDEMNITY COMPANY

### [PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that Third-Party Defendant and Cross-Complainant, Interstate Fire & Casualty Company's cross-claim against Cross-Defendant AMERICAN SAFETY INDEMNITY COMPANY, be dismissed, without prejudice. The remainder of the cross-claims shall not be changed or impacted by this Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
United States District Court
District of Northern California

WILSON & ELLIN
2350 West Empire Avenue
Suite 102
Burbank, California 91504
Telephone: (818) 972-5205

— 2 —