IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Sierra Bay Contractors, Inc.,           No. C 10-04611 RS

      Plaintiffs,           **STANDBY ORDER OF DISMISSAL**

  v.

Westchester Surplus Lines Insurance Company, et al.,

      Defendants.

_____/

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **January 14, 2013**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 17, 2013, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 11/15/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE