RAMIRO MORALES, Bar # 167947
rmorales@mfrlegal.com
DAVID A. ASTENGO, Bar # 196096
dastengo@mfrlegal.com
MORALES, FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, California 94523
Telephone: (925) 288-1776
Facsimile:  (925) 288-1856

Attorneys for Defendant and Third-Party Plaintiff,
WESTCHESTER SURPLUS LINES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco)

| | |
|---|---|
| SIERRA BAY CONTRACTORS, INC., A California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, and ROES 1 through 50, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO:  3:10-CV-04611-RS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF INTERSTATE FIRE & CASUALTY COMPANY** |

Pursuant to F.R.C.P. 41, Defendant and Third-Party Plaintiff Westchester Surplus Lines Insurance Company ("Westchester"), and Third-Party Defendant and Cross-Claimant, Interstate Fire & Casualty Company ("Interstate"), have agreed and hereby stipulate to the dismissal of Interstate from Westchester's Third-Party Complaint, with prejudice, subject to said parties' mutual waiver of costs.  Said parties request the Court's approval and execution of the below proposed order for dismissal.

///

— 1 —
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF INTERSTATE FIRE & CASUALTY COMPANY
CASE NO:  3:10-CV-04611-RS

IT IS SO STIPULATED.

DATE: November 14, 2012         WILSON & ELLIN

By: _____
Mark W. Peck
Attorneys for Third-Party Defendant and Cross-Claimant
INTERSTATE FIRE & CASUALTY COMPANY


DATE: November 16, 2012         MORALES, FIERRO & REEVES

By: _____
David A. Astengo
Attorneys for Defendant and Third-Party Plaintiff
WESTCHESTER SURPLUS LINES INSURANCE COMPANY

### [PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company's Third-Party Complaint against Third-Party Defendant and Cross-Claimant Interstate Fire & Casualty Company, be dismissed, with prejudice. The remainder of the Third-Party Complaint shall not be changed or impacted by this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 11/21/12         _____
United States District Court
District of Northern California