1  RAMIRO MORALES, Bar # 167947
   rmorales@mfrlegal.com
2  DAVID A. ASTENGO, Bar # 196096
   dastengo@mfrlegal.com
3  MORALES, FIERRO & REEVES
   2300 Contra Costa Blvd., Suite 310
4  Pleasant Hill, California 94523
5  Telephone:  (925) 288-1776
   Facsimile:   (925) 288-1856
6
7  Attorneys for Defendant / Third-Party Plaintiff, WESTCHESTER SURPLUS LINES INSURANCE COMPANY
8

UNITED STATES DISTRICT COURT

NORHTERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SIERRA BAY CONTRACTORS, INC., A California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, and DOES 1 through 50, inclusive,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO.:  3:10-cv-04611-RS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF SCOTTSDALE INSURANCE COMPANY** |

Pursuant to F.R.C.P. 41, Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company ("Westchester"), and Third-Party Defendant and Cross-Claimant, Scottsdale Insurance Company ("Scottsdale"), have agreed and hereby stipulate to the dismissal of Scottsdale from Westchester's First Amended Third-Party Complaint, with prejudice, subject to said parties' mutual waiver of costs.  Said parties request the Court's approval and execution of the below proposed order for dismissal.

**IT IS SO STIPULATED**.

DATE: December ____, 2012                SELMAN BREITMAN, LLP


By:_____
    LISA MARTIN LAMPKIN
    Attorneys for Third-Party Defendant and Cross-Claimant, SCOTTSDALE INSURANCE COMPANY


DATE: December 19, 2012                  MORALES, FIERRO & REEVES


By:___/s/ David Astengo_____
    DAVID A. ASTENGO
    Attorneys for Defendant and Third-Party Plaintiff WESTCHESTER SURPLUS LINES INSURANCE COMPANY


## [PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company's, First Amended Third-Party Complaint against Third-Party Defendant and Cross-Claimant, Scottsdale Insurance Company, be dismissed, with prejudice. The remainder of Westchester Surplus Lines Insurance Company's First Amended Third-Party Complaint shall not be changed or impacted by this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:

_____
HONORABLE RICHARD SEEBORG
United States District Court
Northern District of California

**IT IS SO STIPULATED.**

DATE: December 19, 2012                    SELMAN BREITMAN, LLP

By: /s/ Lisa Martin Lampkin
LISA MARTIN LAMPKIN
Attorneys for Third-Party Defendant and Cross-Claimant, SCOTTSDALE INSURANCE COMPANY

DATE: December 19, 2012                    MORALES, FIERRO & REEVES

By: _____
DAVID A. ASTENGO
Attorneys for Defendant and Third-Party Plaintiff WESTCHESTER SURPLUS LINES INSURANCE COMPANY

**[PROPOSED] ORDER OF PARTIAL DISMISSAL**

Having reviewed the above stipulation, the Court orders that Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company's, First Amended Third-Party Complaint against Third-Party Defendant and Cross-Claimant, Scottsdale Insurance Company, be dismissed, with prejudice. The remainder of Westchester Surplus Lines Insurance Company's First Amended Third-Party Complaint shall not be changed or impacted by this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 12/19/12

_____
HONORABLE RICHARD SEEBORG
United States District Court
Northern District of California