1  RAMIRO MORALES, Bar # 167947
   rmorales@mfrlegal.com
2  DAVID A. ASTENGO, Bar # 196096
   dastengo@mfrlegal.com
3  MORALES, FIERRO & REEVES
   2300 Contra Costa Blvd., Suite 310
4  Pleasant Hill, California 94523
5  Telephone:  (925) 288-1776
   Facsimile:   (925) 288-1856
6
7  Attorneys for Defendant / Third-Party Plaintiff, WESTCHESTER
   SURPLUS LINES INSURANCE COMPANY
8

9                    UNITED STATES DISTRICT COURT
10                   NORHTERN DISTRICT OF CALIFORNIA
11                            SAN FRANCISCO
12

13 |                                                  | CASE NO.:  3:10-cv-04611-RS |
14 | SIERRA BAY CONTRACTORS, INC., A California Corporation, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF SCOTTSDALE INSURANCE COMPANY** |
15 |        Plaintiff,                                |  |
16 | vs.                                              |  |
17 | WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, and DOES 1 through 50, inclusive, |  |
18 |                                                  |  |
19 |                                                  |  |
20 |        Defendants.                               |  |
21 | AND RELATED CROSS-ACTIONS                        |  |
22 |                                                  |  |

23      Pursuant to F.R.C.P. 41, Defendant and Third-Party Plaintiff, Westchester Surplus Lines
24 Insurance Company ("Westchester"), and Third-Party Defendant and Cross-Claimant, Scottsdale
25 Insurance Company ("Scottsdale"), have agreed and hereby stipulate to the dismissal of Scottsdale
26 from Westchester's First Amended Third-Party Complaint, with prejudice, subject to said parties'
27 mutual waiver of costs.  Said parties request the Court's approval and execution of the below
28 proposed order for dismissal.

                                        1
STIPULATION AND [PROPOSED] ORDER FOR                              Case No. 3:10-cv-04611-RS
DISMISSAL OF SCOTTSDALE INSURANCE COMPANY

1  **IT IS SO STIPULATED**.

2

3  DATE: December ____, 2012                SELMAN BREITMAN, LLP

4

5

6  By:_____
       LISA MARTIN LAMPKIN
       Attorneys for Third-Party Defendant and Cross-
7      Claimant, SCOTTSDALE INSURANCE
       COMPANY
8

9
   DATE: December 19, 2012                  MORALES, FIERRO & REEVES
10

11

12                                           By:   */s/ David Astengo*
       DAVID A. ASTENGO
13     Attorneys for Defendant and Third-Party Plaintiff
       WESTCHESTER SURPLUS LINES
14     INSURANCE COMPANY

15

16              **[PROPOSED] ORDER OF PARTIAL DISMISSAL**

17  Having reviewed the above stipulation, the Court orders that Defendant and Third-Party

18  Plaintiff, Westchester Surplus Lines Insurance Company's, First Amended Third-Party Complaint

19  against Third-Party Defendant and Cross-Claimant, Scottsdale Insurance Company, be dismissed,

20  with prejudice.  The remainder of Westchester Surplus Lines Insurance Company's First Amended

21  Third-Party Complaint shall not be changed or impacted by this Order.

22  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23

24  Date:

25                                           _____
                                             HONORABLE RICHARD SEEBORG
                                             United States District Court
26                                           Northern District of California

27

28

IT IS SO STIPULATED.

DATE: December 19, 2012                SELMAN BREITMAN, LLP

By: /s/ Lisa Martin Lampkin
LISA MARTIN LAMPKIN
Attorneys for Third-Party Defendant and Cross-Claimant, SCOTTSDALE INSURANCE COMPANY

DATE: December 19, 2012                MORALES, FIERRO & REEVES

By: _____
DAVID A. ASTENGO
Attorneys for Defendant and Third-Party Plaintiff WESTCHESTER SURPLUS LINES INSURANCE COMPANY

### [PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company's, First Amended Third-Party Complaint against Third-Party Defendant and Cross-Claimant, Scottsdale Insurance Company, be dismissed, with prejudice. The remainder of Westchester Surplus Lines Insurance Company's First Amended Third-Party Complaint shall not be changed or impacted by this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 12/19/12

_____
HONORABLE RICHARD SEEBORG
United States District Court
Northern District of California