1  RAMIRO MORALES, Bar # 167947
   rmorales@mfrlegal.com
2  DAVID A. ASTENGO, Bar # 196096
   dastengo@mfrlegal.com
3  MORALES, FIERRO & REEVES
   2300 Contra Costa Blvd., Suite 310
4  Pleasant Hill, California 94523
   Telephone:  (925) 288-1776
5  Facsimile:   (925) 288-1856
6
7  Attorneys for Defendant / Third-Party Plaintiff, WESTCHESTER
   SURPLUS LINES INSURANCE COMPANY
8

9                    UNITED STATES DISTRICT COURT

10                   NORHTERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO

12

| | |
|---|---|
| SIERRA BAY CONTRACTORS, INC., A California Corporation, | CASE NO.:  3:10-cv-04611-RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CONTINENTAL CASUALTY COMPANY AND NATIONAL FIRE INSURANCE COMPANY OF HARTFORD** |
| vs. | |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

Pursuant to F.R.C.P. 41, Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company ("Westchester"), and Third-Party Defendants, Continental Casualty Company ("Continental Casualty") and National Fire Insurance Company of Hartford "(National Fire"), have agreed and hereby stipulate to the dismissal of Continental Casualty and National Fire from Westchester's First Amended Third-Party Complaint, with prejudice, subject to said parties' mutual waiver of costs.  Said parties request the Court's approval and execution of the below

---

1

STIPULATION AND [PROPOSED] ORDER FOR                                    Case No. 3:10-cv-04611-RS
DISMISSAL OF CONTINENTAL CASUALTY CO. AND NATIONAL FIRE INS. CO.

proposed order for dismissal.

**IT IS SO STIPULATED**.

DATE:  December ____, 2012          COLLIAU, ELENIUS, MURPHY CARLUCCIO,
                                    KEENER & MORRPW


                                    By:_____
                                        STEPHEN RANDALL
                                        Attorneys for Third-Party Defendants,
                                        CONTINENTAL CASUALTY COMPANY and
                                        NATIONAL FIRE INSURANCE COMPANY
                                        OF HARTFORD

DATE:  December 19, 2012            MORALES, FIERRO & REEVES


                                    By:___/s/ David Astengo_____
                                        DAVID A. ASTENGO
                                        Attorneys for Defendant and Third-Party
                                        Plaintiff, WESTCHESTER SURPLUS LINES
                                        INSURANCE COMPANY


## [PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company's, First Amended Third-Party Complaint against Third-Party Defendants, Continental Casualty Company and National Fire Insurance Company of Hartford, be dismissed, with prejudice.  The remainder of Westchester Surplus Lines Insurance Company's First Amended Third-Party Complaint shall not be changed or impacted by this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Date:
                                    _____
                                    HONORABLE RICHARD SEEBORG
                                    United States District Court
                                    Northern District of California

2

STIPULATION AND [PROPOSED] ORDER FOR                                    Case No. 3:10-cv-04611-RS
DISMISSAL OF CONTINENTAL CASUALTY CO. AND NATIONAL FIRE INS. CO.

proposed order for dismissal.

**IT IS SO STIPULATED**.

DATE: December 19, 2012      COLLIAU, ELENIUS, MURPHY CARLUCCIO, KEENER & MORRPW

By: *Stephen Randall*
STEPHEN RANDALL
Attorneys for Third-Party Defendants,
CONTINENTAL CASUALTY COMPANY and
NATIONAL FIRE INSURANCE COMPANY
OF HARTFORD

DATE: December 19, 2012      MORALES, FIERRO & REEVES

By:_____
DAVID A. ASTENGO
Attorneys for Defendant and Third-Party
Plaintiff, WESTCHESTER SURPLUS LINES
INSURANCE COMPANY

### [PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company's, First Amended Third-Party Complaint against Third-Party Defendants, Continental Casualty Company and National Fire Insurance Company of Hartford, be dismissed, with prejudice. The remainder of Westchester Surplus Lines Insurance Company's First Amended Third-Party Complaint shall not be changed or impacted by this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 12/19/12

_____
HONORABLE RICHARD SEEBORG
United States District Court
Northern District of California

2

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL OF CONTINENTAL CASUALTY CO. AND NATIONAL FIRE INS. CO.

Case No. 3:10-cv-04611-RS