1  RAMIRO MORALES, Bar # 167947
2  rmorales@mfrlegal.com
   DAVID A. ASTENGO, Bar # 196096
3  dastengo@mfrlegal.com
   MORALES, FIERRO & REEVES
4  2300 Contra Costa Blvd., Suite 310
   Pleasant Hill, California 94523
5  Telephone:  (925) 288-1776
   Facsimile:   (925) 288-1856
6
7  Attorneys for Defendant / Third-Party Plaintiff, WESTCHESTER
   SURPLUS LINES INSURANCE COMPANY
8

9              UNITED STATES DISTRICT COURT

10             NORHTERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO

12

13
   SIERRA BAY CONTRACTORS, INC.,           ) CASE NO.:  3:10-cv-04611-RS
14 A California Corporation,                )
                                            ) **STIPULATION AND [PROPOSED]**
15     Plaintiff,                           ) **ORDER FOR DISMISSAL OF**
                                            ) **CONTINENTAL CASUALTY**
16 vs.                                      ) **COMPANY AND NATIONAL FIRE**
                                            ) **INSURANCE COMPANY OF**
17                                          ) **HARTFORD**
   WESTCHESTER SURPLUS LINES                )
18 INSURANCE COMPANY, a Georgia             )
   corporation, and DOES 1 through 50,      )
19 inclusive,                                )
                                            )
20     Defendants.                          )
                                            )
21 AND RELATED CROSS-ACTIONS                )
                                            )
22

23         Pursuant to F.R.C.P. 41, Defendant and Third-Party Plaintiff, Westchester Surplus Lines

24 Insurance Company ("Westchester"), and Third-Party Defendants, Continental Casualty Company

25 ("Continental Casualty") and National Fire Insurance Company of Hartford "(National Fire"),

26 have agreed and hereby stipulate to the dismissal of Continental Casualty and National Fire from

27 Westchester's First Amended Third-Party Complaint, with prejudice, subject to said parties'

28 mutual waiver of costs.  Said parties request the Court's approval and execution of the below

proposed order for dismissal.

**IT IS SO STIPULATED**.

DATE:  December ____, 2012			COLLIAU, ELENIUS, MURPHY CARLUCCIO, KEENER & MORRPW


							By:_____
							     STEPHEN RANDALL
							     Attorneys for Third-Party Defendants,
							     CONTINENTAL CASUALTY COMPANY and
							     NATIONAL FIRE INSURANCE COMPANY
							     OF HARTFORD

DATE:  December 19, 2012			MORALES, FIERRO & REEVES


							By:___*/s/ David Astengo*_____
							     DAVID A. ASTENGO
							     Attorneys for Defendant and Third-Party
							     Plaintiff, WESTCHESTER SURPLUS LINES
							     INSURANCE COMPANY


## [PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company's, First Amended Third-Party Complaint against Third-Party Defendants, Continental Casualty Company and National Fire Insurance Company of Hartford, be dismissed, with prejudice.  The remainder of Westchester Surplus Lines Insurance Company's First Amended Third-Party Complaint shall not be changed or impacted by this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Date:

						_____
						HONORABLE RICHARD SEEBORG
						United States District Court
						Northern District of California

2

STIPULATION AND [PROPOSED] ORDER FOR					Case No. 3:10-cv-04611-RS
DISMISSAL OF CONTINENTAL CASUALTY CO. AND NATIONAL FIRE INS. CO.

proposed order for dismissal.

**IT IS SO STIPULATED.**

DATE: December 19, 2012          COLLIAU, ELENIUS, MURPHY CARLUCCIO,
                                 KEENER & MORRPW


                                 By: *Stephen Randall*
                                 STEPHEN RANDALL
                                 Attorneys for Third-Party Defendants,
                                 CONTINENTAL CASUALTY COMPANY and
                                 NATIONAL FIRE INSURANCE COMPANY
                                 OF HARTFORD


DATE: December 19, 2012          MORALES, FIERRO & REEVES



                                 By:_____
                                 DAVID A. ASTENGO
                                 Attorneys for Defendant and Third-Party
                                 Plaintiff, WESTCHESTER SURPLUS LINES
                                 INSURANCE COMPANY


## [PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company's, First Amended Third-Party Complaint against Third-Party Defendants, Continental Casualty Company and National Fire Insurance Company of Hartford, be dismissed, with prejudice. The remainder of Westchester Surplus Lines Insurance Company's First Amended Third-Party Complaint shall not be changed or impacted by this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 12/19/12

                                 _____
                                 HONORABLE RICHARD SEEBORG
                                 United States District Court
                                 Northern District of California

2

STIPULATION AND [PROPOSED] ORDER FOR                Case No. 3:10-cv-04611-RS
DISMISSAL OF CONTINENTAL CASUALTY CO. AND NATIONAL FIRE INS. CO.