1  RAMIRO MORALES, Bar # 167947
   rmorales@mfrlegal.com
2  DAVID A. ASTENGO, Bar # 196096
   dastengo@mfrlegal.com
3  MORALES, FIERRO & REEVES
4  2300 Contra Costa Blvd., Suite 310
   Pleasant Hill, California 94523
5  Telephone:  (925) 288-1776
   Facsimile:   (925) 288-1856
6
7  Attorneys for Defendant / Third-Party Plaintiff, WESTCHESTER
   SURPLUS LINES INSURANCE COMPANY
8

9                    UNITED STATES DISTRICT COURT
10                   NORHTERN DISTRICT OF CALIFORNIA
11                            SAN FRANCISCO
12

13 |  | CASE NO.:  3:10-cv-04611-RS |
   | --- | --- |
14 | SIERRA BAY CONTRACTORS, INC., A California Corporation, | **STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF NAVIGATORS SPECIALTY INSURANCE COMPANY** |
15 |     Plaintiff, | |
16 | vs. | |
17 | WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, and DOES 1 through 50, inclusive, | |
   |     Defendants. | |
21 | AND RELATED CROSS-ACTIONS | |

23     Pursuant to F.R.C.P. 41, Defendant and Third-Party Plaintiff, Westchester Surplus Lines
24 Insurance Company ("Westchester"), and Third-Party Defendant, Navigators Specialty Insurance
25 Company ("Navigators Specialty"), have agreed and hereby stipulate to the dismissal of
26 Navigators Specialty from Westchester's First Amended Third-Party Complaint, with prejudice,
27 subject to said parties' mutual waiver of costs.  Said parties request the Court's approval and
28 execution of the below proposed order for dismissal.

---

1

STIPULATION AND [PROPOSED] ORDER FOR                                        Case No. 3:10-cv-04611-RS
DISMISSAL OF NAVIGATORS SPECIALTY INSURANCE COMPANY

**IT IS SO STIPULATED**.

DATE:  December 19, 2012          GREENAN, PEFFER, SALLANDER & LALLY, LLP


By:   */s/ Robert L. Sallander, Jr.*
     ROBERT L. SALLANDER, JR.
     Attorneys for Third-Party Defendant,
     NAVIGATORS SPECIALTY INSURANCE COMPANY


DATE:  December 19, 2012          MORALES, FIERRO & REEVES


By:   */s/ David Astengo*
     DAVID A. ASTENGO
     Attorneys for Defendant and Third-Party Plaintiff, WESTCHESTER SURPLUS LINES INSURANCE COMPANY


## [~~PROPOSED~~] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company's, First Amended Third-Party Complaint against Third-Party Defendant, Navigators Specialty Insurance Company, be dismissed, with prejudice.  The remainder of Westchester Surplus Lines Insurance Company's First Amended Third-Party Complaint shall not be changed or impacted by this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  12/20/12

HONORABLE RICHARD SEEBORG
United States District Court
Northern District of California