1  RAMIRO MORALES, Bar # 167947
   rmorales@mfrlegal.com
2  DAVID A. ASTENGO, Bar # 196096
   dastengo@mfrlegal.com
3  MORALES, FIERRO & REEVES
4  2300 Contra Costa Blvd., Suite 310
   Pleasant Hill, California 94523
5  Telephone:  (925) 288-1776
   Facsimile:   (925) 288-1856
6

7  Attorneys for Defendant / Third-Party Plaintiff, WESTCHESTER
   SURPLUS LINES INSURANCE COMPANY
8

9                    UNITED STATES DISTRICT COURT

10                   NORHTERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO

12

13 |                                      | ) | CASE NO.:  3:10-cv-04611-RS
14 | SIERRA BAY CONTRACTORS, INC.,        | ) |
   | A California Corporation,            | ) | **STIPULATION AND [~~PROPOSED~~]**
15 |                                      | ) | **ORDER FOR DISMISSAL OF**
   |       Plaintiff,                     | ) | **NAVIGATORS SPECIALTY**
16 |                                      | ) | **INSURANCE COMPANY**
   | vs.                                  | ) |
17 |                                      | ) |
   | WESTCHESTER SURPLUS LINES            | ) |
18 | INSURANCE COMPANY, a Georgia         | ) |
   | corporation, and DOES 1 through 50,  | ) |
19 | inclusive,                           | ) |
   |                                      | ) |
20 |       Defendants.                    | ) |
   |_____| ) |
21 |                                      | ) |
   | AND RELATED CROSS-ACTIONS            | ) |
22 |_____| ) |

23         Pursuant to F.R.C.P. 41, Defendant and Third-Party Plaintiff, Westchester Surplus Lines

24  Insurance Company ("Westchester"), and Third-Party Defendant, Navigators Specialty Insurance

25  Company ("Navigators Specialty"), have agreed and hereby stipulate to the dismissal of

26  Navigators Specialty from Westchester's First Amended Third-Party Complaint, with prejudice,

27  subject to said parties' mutual waiver of costs.  Said parties request the Court's approval and

28  execution of the below proposed order for dismissal.

---

1

STIPULATION AND [PROPOSED] ORDER FOR                                  Case No. 3:10-cv-04611-RS
DISMISSAL OF NAVIGATORS SPECIALTY INSURANCE COMPANY

**IT IS SO STIPULATED**.

DATE:  December 19, 2012          GREENAN, PEFFER, SALLANDER & LALLY, LLP


By:   */s/ Robert L. Sallander, Jr.*
    ROBERT L. SALLANDER, JR.
    Attorneys for Third-Party Defendant,
    NAVIGATORS SPECIALTY INSURANCE COMPANY


DATE:  December 19, 2012          MORALES, FIERRO & REEVES


By:   */s/ David Astengo*
    DAVID A. ASTENGO
    Attorneys for Defendant and Third-Party Plaintiff, WESTCHESTER SURPLUS LINES INSURANCE COMPANY


### [PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company's, First Amended Third-Party Complaint against Third-Party Defendant, Navigators Specialty Insurance Company, be dismissed, with prejudice.  The remainder of Westchester Surplus Lines Insurance Company's First Amended Third-Party Complaint shall not be changed or impacted by this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  12/20/12

HONORABLE RICHARD SEEBORG
United States District Court
Northern District of California