| | |
|---|---|
| 1 | RAMIRO MORALES, Bar # 167947 |
| 2 | rmorales@mfrlegal.com<br>DAVID A. ASTENGO, Bar # 196096 |
| 3 | dastengo@mfrlegal.com<br>MORALES, FIERRO & REEVES |
| 4 | 2300 Contra Costa Blvd., Suite 310<br>Pleasant Hill, California 94523 |
| 5 | Telephone:  (925) 288-1776 |
| 6 | Facsimile:   (925) 288-1856 |
| 7 | Attorneys for Defendant / Third-Party Plaintiff, WESTCHESTER SURPLUS LINES INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORHTERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SIERRA BAY CONTRACTORS, INC.,<br>A California Corporation, | CASE NO.:  3:10-cv-04611-RS |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF LIBERTY SURPLUS INSURANCE CORPORATION** |
| vs. | |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

Pursuant to F.R.C.P. 41, Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company ("Westchester"), and Third-Party Defendant, Liberty Surplus Insurance Corporation ("Liberty Surplus"), have agreed and hereby stipulate to the dismissal of Liberty Surplus from Westchester's First Amended Third-Party Complaint, with prejudice, subject to said parties' mutual waiver of costs.  Said parties request the Court's approval and execution of the below proposed order for dismissal.

1 **IT IS SO STIPULATED**.

2

3 DATE:  December 19, 2012      McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

4

5

6 By: */s/ Jay A. Christofferson*
     JAY A. CHRISTOFFERSON
     Attorneys for Third-Party Defendant,
7      LIBERTY SURPLUS INSURANCE CORP.

8

9 DATE:  December 19, 2012      MORALES, FIERRO & REEVES

10

11

12 By: */s/ David Astengo*
     DAVID A. ASTENGO
     Attorneys for Defendant and Third-Party
13      Plaintiff, WESTCHESTER SURPLUS LINES INSURANCE COMPANY

14

15 ### [~~PROPOSED~~] ORDER OF PARTIAL DISMISSAL

16 Having reviewed the above stipulation, the Court orders that Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company's, First Amended Third-Party Complaint against Third-Party Defendant, Liberty Surplus Insurance Corporation, be dismissed, with prejudice.  The remainder of Westchester Surplus Lines Insurance Company's First Amended Third-Party Complaint shall not be changed or impacted by this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 12/20/12

HONORABLE RICHARD SEEBORG
United States District Court
Northern District of California

---

2
STIPULATION AND [PROPOSED] ORDER FOR      Case No. 3:10-cv-04611-RS
DISMISSAL OF LIBERTY SURPLUS INSURANCE CORPORATION