1  RAMIRO MORALES, Bar # 167947
   rmorales@mfrlegal.com
2  DAVID A. ASTENGO, Bar # 196096
   dastengo@mfrlegal.com
3  MORALES, FIERRO & REEVES
4  2300 Contra Costa Blvd., Suite 310
   Pleasant Hill, California 94523
5  Telephone:  (925) 288-1776
   Facsimile:   (925) 288-1856
6
7  Attorneys for Defendant / Third-Party Plaintiff, WESTCHESTER
   SURPLUS LINES INSURANCE COMPANY
8

9                    UNITED STATES DISTRICT COURT
10                   NORHTERN DISTRICT OF CALIFORNIA
11                            SAN FRANCISCO
12

13 | | CASE NO.: 3:10-cv-04611-RS
14 SIERRA BAY CONTRACTORS, INC., ) 
   A California Corporation,      ) **STIPULATION AND [PROPOSED]**
15                                ) **ORDER FOR DISMISSAL OF LIBERTY**
        Plaintiff,                ) **SURPLUS INSURANCE**
16                                ) **CORPORATION**
   vs.                            )
17                                )
   WESTCHESTER SURPLUS LINES      )
18 INSURANCE COMPANY, a Georgia   )
   corporation, and DOES 1 through 50, )
19 inclusive,                     )
                                  )
20      Defendants.               )
                                  )
21                                )
   AND RELATED CROSS-ACTIONS      )
22                                )

23      Pursuant to F.R.C.P. 41, Defendant and Third-Party Plaintiff, Westchester Surplus Lines
24 Insurance Company ("Westchester"), and Third-Party Defendant, Liberty Surplus Insurance
25 Corporation ("Liberty Surplus"), have agreed and hereby stipulate to the dismissal of Liberty
26 Surplus from Westchester's First Amended Third-Party Complaint, with prejudice, subject to said
27 parties' mutual waiver of costs.  Said parties request the Court's approval and execution of the
28 below proposed order for dismissal.

---

1

STIPULATION AND [PROPOSED] ORDER FOR                                    Case No. 3:10-cv-04611-RS
DISMISSAL OF LIBERTY SURPLUS INSURANCE CORPORATION

**IT IS SO STIPULATED**.

DATE:  December 19, 2012	McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP


By:  */s/ Jay A. Christofferson*
JAY A. CHRISTOFFERSON
Attorneys for Third-Party Defendant,
LIBERTY SURPLUS INSURANCE CORP.

DATE:  December 19, 2012	MORALES, FIERRO & REEVES


By:  */s/ David Astengo*
DAVID A. ASTENGO
Attorneys for Defendant and Third-Party Plaintiff, WESTCHESTER SURPLUS LINES INSURANCE COMPANY

### [PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company's, First Amended Third-Party Complaint against Third-Party Defendant, Liberty Surplus Insurance Corporation, be dismissed, with prejudice.  The remainder of Westchester Surplus Lines Insurance Company's First Amended Third-Party Complaint shall not be changed or impacted by this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  12/20/12

HONORABLE RICHARD SEEBORG
United States District Court
Northern District of California