1  RAMIRO MORALES, Bar # 167947
   rmorales@mfrlegal.com
2  DAVID A. ASTENGO, Bar # 196096
   dastengo@mfrlegal.com
3  MORALES, FIERRO & REEVES
   2300 Contra Costa Blvd., Suite 310
4  Pleasant Hill, California 94523
5  Telephone:  (925) 288-1776
   Facsimile:   (925) 288-1856
6
7  Attorneys for Defendant / Third-Party Plaintiff, WESTCHESTER
   SURPLUS LINES INSURANCE COMPANY
8

9              UNITED STATES DISTRICT COURT
10             NORHTERN DISTRICT OF CALIFORNIA
11                      SAN FRANCISCO
12

13 |                                           | CASE NO.:  3:10-cv-04611-RS
14 | SIERRA BAY CONTRACTORS, INC.,             |
   | A California Corporation,                 | **STIPULATION AND [PROPOSED]**
15 |        Plaintiff,                         | **ORDER FOR DISMISSAL OF**
   |                                           | **LEXINGTON INSURANCE COMPANY**
16 | vs.                                       |
17 | WESTCHESTER SURPLUS LINES                 |
18 | INSURANCE COMPANY, a Georgia              |
   | corporation, and DOES 1 through 50,       |
19 | inclusive,                                |
20 |        Defendants.                        |
21 | AND RELATED CROSS-ACTIONS                 |
22

23         Pursuant to F.R.C.P. 41, Defendant and Third-Party Plaintiff, Westchester Surplus Lines
24 Insurance Company ("Westchester"), and Third-Party Defendant, Lexington Insurance Company
25 ("Lexington"), have agreed and hereby stipulate to the dismissal of Lexington from Westchester's
26 First Amended Third-Party Complaint, with prejudice, subject to said parties' mutual waiver of
27 costs.  Said parties request the Court's approval and execution of the below proposed order for
28 dismissal.

IT IS SO STIPULATED.

DATE:  December 19, 2012             SELVIN WRAITH HALMAN, LLP

By:     */s/ Gary R. Selvin*
     GARY R. SELVIN
     Attorneys for Third-Party Defendant,
     LEXINGTON INSURANCE COMPANY

DATE:  December 19, 2012             MORALES, FIERRO & REEVES

By:     */s/ David Astengo*
     DAVID A. ASTENGO
     Attorneys for Defendant and Third-Party
     Plaintiff, WESTCHESTER SURPLUS LINES
     INSURANCE COMPANY

## [~~PROPOSED~~] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company's, First Amended Third-Party Complaint against Third-Party Defendant, Lexington Insurance Company, be dismissed, with prejudice.  The remainder of Westchester Surplus Lines Insurance Company's First Amended Third-Party Complaint shall not be changed or impacted by this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  12/20/12

     HONORABLE RICHARD SEEBORG
     United States District Court
     Northern District of California