1  RAMIRO MORALES, Bar # 167947
   rmorales@mfrlegal.com
2  DAVID A. ASTENGO, Bar # 196096
   dastengo@mfrlegal.com
3  MORALES, FIERRO & REEVES
4  2300 Contra Costa Blvd., Suite 310
   Pleasant Hill, California 94523
5  Telephone:  (925) 288-1776
   Facsimile:   (925) 288-1856
6
7  Attorneys for Defendant / Third-Party Plaintiff, WESTCHESTER
   SURPLUS LINES INSURANCE COMPANY
8

9                    UNITED STATES DISTRICT COURT
10                   NORHTERN DISTRICT OF CALIFORNIA
11                              SAN FRANCISCO
12

| | |
|---|---|
| SIERRA BAY CONTRACTORS, INC., A California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, and DOES 1 through 50, inclusive, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS | CASE NO.:  3:10-cv-04611-RS <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF LEXINGTON INSURANCE COMPANY** |

        Pursuant to F.R.C.P. 41, Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company ("Westchester"), and Third-Party Defendant, Lexington Insurance Company ("Lexington"), have agreed and hereby stipulate to the dismissal of Lexington from Westchester's First Amended Third-Party Complaint, with prejudice, subject to said parties' mutual waiver of costs.  Said parties request the Court's approval and execution of the below proposed order for dismissal.

---

**IT IS SO STIPULATED**.

DATE: December 19, 2012                SELVIN WRAITH HALMAN, LLP

                                       By: /s/ Gary R. Selvin
                                           GARY R. SELVIN
                                           Attorneys for Third-Party Defendant,
                                           LEXINGTON INSURANCE COMPANY

DATE: December 19, 2012                MORALES, FIERRO & REEVES

                                       By: /s/ David Astengo
                                           DAVID A. ASTENGO
                                           Attorneys for Defendant and Third-Party
                                           Plaintiff, WESTCHESTER SURPLUS LINES
                                           INSURANCE COMPANY

## [PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company's, First Amended Third-Party Complaint against Third-Party Defendant, Lexington Insurance Company, be dismissed, with prejudice. The remainder of Westchester Surplus Lines Insurance Company's First Amended Third-Party Complaint shall not be changed or impacted by this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 12/20/12

                                       _____
                                       HONORABLE RICHARD SEEBORG
                                       United States District Court
                                       Northern District of California