RAMIRO MORALES, Bar # 167947
rmorales@mfrlegal.com
DAVID A. ASTENGO, Bar # 196096
dastengo@mfrlegal.com
MORALES, FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, California 94523
Telephone:  (925) 288-1776
Facsimile:   (925) 288-1856

Attorneys for Defendant / Third-Party Plaintiff, WESTCHESTER
SURPLUS LINES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORHTERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SIERRA BAY CONTRACTORS, INC.,<br>A California Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>WESTCHESTER SURPLUS LINES<br>INSURANCE COMPANY, a Georgia<br>corporation, and DOES 1 through 50,<br>inclusive,<br><br>        Defendants.<br>_____<br><br>AND RELATED CROSS-ACTIONS<br>_____ | CASE NO.:  3:10-cv-04611-RS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR DISMISSAL OF GEMINI<br>INSURANCE COMPANY WITH<br>PREJUDICE** |

        Pursuant to F.R.C.P. 41, Defendant and Third-Party Plaintiff, Westchester Surplus Lines

Insurance Company ("Westchester"), and Third-Party Defendant, Gemini Insurance Company

("Gemini Insurance"), have agreed and hereby stipulate to the dismissal of Gemini Insurance,

from Westchester's First Amended Third-Party Complaint, with prejudice, subject to said parties'

mutual waiver of costs.  Said parties request the Court's approval and execution of the below

proposed order for dismissal.

1     **IT IS SO STIPULATED**.

2

3     DATE:  December 20, 2012                    WOLKIN • CURRAN, LLP

4

5                                                By:___/s/ Amy K. Thomas_____

6                                                    AMY K. THOMAS
                                                    Attorneys for Third-Party Defendant,
7                                                    GEMINI INSURANCE COMPANY

8     DATE:  December 20, 2012                    MORALES, FIERRO & REEVES

9

10

11                                               By:___/s/ David Astengo_____
                                                    DAVID A. ASTENGO
12                                                   Attorneys for Defendant and Third-Party
                                                    Plaintiff, WESTCHESTER SURPLUS LINES
13                                                   INSURANCE COMPANY

14

15                      [~~PROPOSED~~] ORDER OF PARTIAL DISMISSAL

16          Having reviewed the above stipulation, the Court orders that Defendant and Third-Party

17    Plaintiff, Westchester Surplus Lines Insurance Company's, First Amended Third-Party Complaint

      against Third-Party Defendant, Gemini Insurance Company, be dismissed, with prejudice.  The
18
      remainder of Westchester Surplus Lines Insurance Company's First Amended Third-Party
19
      Complaint shall not be changed or impacted by this Order.
20
            **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
21

22
      Date: 12/20/12
23                                               _____

24                                                   HONORABLE RICHARD SEEBORG
                                                    United States District Court
25                                                   Northern District of California

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER FOR                          Case No. 3:10-cv-04611-RS
DISMISSAL OF GEMINI INSURANCE COMPANY WITH PREJUDICE