1  RAMIRO MORALES, Bar # 167947
   rmorales@mfrlegal.com
2  DAVID A. ASTENGO, Bar # 196096
   dastengo@mfrlegal.com
3  MORALES, FIERRO & REEVES
4  2300 Contra Costa Blvd., Suite 310
   Pleasant Hill, California 94523
5  Telephone:  (925) 288-1776
   Facsimile:   (925) 288-1856
6
7  Attorneys for Defendant / Third-Party Plaintiff, WESTCHESTER
   SURPLUS LINES INSURANCE COMPANY
8

9                    UNITED STATES DISTRICT COURT

10                   NORHTERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO

12

13 |                                    | CASE NO.:  3:10-cv-04611-RS |
14 | SIERRA BAY CONTRACTORS, INC.,      |                              |
   | A California Corporation,          | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF GEMINI INSURANCE COMPANY WITH PREJUDICE** |
15 |     Plaintiff,                     |                              |
16 | vs.                                |                              |
17 | WESTCHESTER SURPLUS LINES          |                              |
18 | INSURANCE COMPANY, a Georgia corporation, and DOES 1 through 50, inclusive, | |
19 |                                    |                              |
20 |     Defendants.                    |                              |
21 | AND RELATED CROSS-ACTIONS          |                              |
22

23         Pursuant to F.R.C.P. 41, Defendant and Third-Party Plaintiff, Westchester Surplus Lines

24 Insurance Company ("Westchester"), and Third-Party Defendant, Gemini Insurance Company

25 ("Gemini Insurance"), have agreed and hereby stipulate to the dismissal of Gemini Insurance,

26 from Westchester's First Amended Third-Party Complaint, with prejudice, subject to said parties'

27 mutual waiver of costs.  Said parties request the Court's approval and execution of the below

28 proposed order for dismissal.

**IT IS SO STIPULATED**.

DATE:  December 20, 2012          WOLKIN • CURRAN, LLP


By:   */s/ Amy K. Thomas*
     AMY K. THOMAS
     Attorneys for Third-Party Defendant,
     GEMINI INSURANCE COMPANY


DATE:  December 20, 2012          MORALES, FIERRO & REEVES


By:   */s/ David Astengo*
     DAVID A. ASTENGO
     Attorneys for Defendant and Third-Party
     Plaintiff, WESTCHESTER SURPLUS LINES
     INSURANCE COMPANY

## [~~PROPOSED~~] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company's, First Amended Third-Party Complaint against Third-Party Defendant, Gemini Insurance Company, be dismissed, with prejudice.  The remainder of Westchester Surplus Lines Insurance Company's First Amended Third-Party Complaint shall not be changed or impacted by this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  12/20/12

*[signature]*

HONORABLE RICHARD SEEBORG
United States District Court
Northern District of California