SHERYL W. LEICHENGER (SBN 161688)
sleichenger@selmanbreitman.com
LISA MARTIN LAMPKIN (SBN 199514)
llampkin@selmanbreitman.com
LAURA R. RAMOS (SBN (SBN 186326)
lramos@selmanbreitman.com
SELMAN BREITMAN LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025
Telephone: (310) 445-0800
Facsimile: (310) 473-2525

Attorneys for Third-Party Defendant and Cross-Claimant,
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA BAY CONTRACTORS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, and ROES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:10-CV-04611-RS<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF SCOTTSDALE INSURANCE COMPANY'S CROSS-CLAIM AGAINST GEMINI INSURANCE COMPANY |

WESTCHESTER SURPLUS LINES INSUANCE COMPANY, a Georgia Corporation,

Third-Party Plaintiff,

v.

ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Corporation; CONTINENTAL CASUALTY INSURANCE COMPANY, an Illinois Corporation; GEMINI INSURANCE COMPANY, a Delaware Corporation; GREAT AMERICAN ASSURANCE COMPANY, an Ohio Corporation; GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation; INTERSTATE FIRE AND CASUALTY COMPANY, an Illinois Corporation; LEXINGTON INSURANCE COMPANY, a Delaware Corporation; LIBERTY SURPLUS INSURANCE CORPORATION, a

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | New Hampshire Corporation; NIC INSURANCE COMPANY, a New York Corporation; OLD REPUBLIC GENERAL INSURANCE CORPORATION, an Illinois Corporation; TRANSCONTINENTAL INSURANCE COMPANY, an Illinois Corporation; SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation; TRUCK INSURANCE EXCHANGE, a California Corporation; VIRGINIA SURETY COMPANY, an Illinois Corporation, |
| 7 | Third-Party Defendants. |
| 8<br>9 | SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation, |
| 10 | Cross-Claimant, |
| 11 | v. |
| 12<br>13<br>14<br>15<br>16 | AMERICAN SAFETY INDEMNITY COMPANY an Oklahama Corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, formally known as NIC Insurance Company, a New York Corporation; GEMINI INSURANCE COMPANY, a Delaware Corportion; LEXINGTON INSURANCE COMPANY, a Delaware Corporation; and ROES 1 through 20, inclusive, |
| 17 | Cross-Defendants. |

Pursuant to Federal Rule of Civil Procedure 41, third-party defendant and cross-claimant Scottsdale Insurance Company ("Scottsdale"), and cross-defendant Gemini Insurance Company ("Gemini"), have agreed and hereby stipulate to the dismissal of Scottsdale's Cross-Claim against Gemini, with prejudice, subject to said parties' mutual waiver of costs.

**IT IS SO STIPULATED.**

DATED: December 20, 2012     SELMAN BREITMAN LLP

By: _____
Lisa M. Lampkin
Attorneys for Third-Party Defendant and Cross-Claimant Scottsdale Insurance Company

DATED: December ___, 2012     WOLKIN CURRAN, LLP

By: _____
Amy K. Thomas
Attorneys for Cross-Defendant Gemini Insurance Company

[PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that cross-defendant Gemini Insurance Company be dismissed, with prejudice, from Scottsdale Insurance Company's cross-claim, with each side to bear its own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____     _____
United States District Court
District of Northern California

DATED: December 20, 2012     SELMAN BREITMAN LLP

By: _____
      Lisa M. Lampkin
Attorneys for Third-Party Defendant and Cross-Claimant Scottsdale Insurance Company

DATED: December 21, 2012     WOLKIN CURRAN, LLP

By: _____
      Amy K. Thomas
Attorneys for Cross-Defendant Gemini Insurance Company

### [PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that cross-defendant Gemini Insurance Company be dismissed, with prejudice, from Scottsdale Insurance Company's cross-claim, with each side to bear its own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/21/12           _____
                                United States District Court
                                District of Northern California

553302.1 380.30819