SHERYL W. LEICHENGER (SBN 161688)
sleichenger@selmanbreitman.com
LISA MARTIN LAMPKIN (SBN 199514)
llampkin@selmanbreitman.com
LAURA R. RAMOS (SBN (SBN 186326)
lramos@selmanbreitman.com
SELMAN BREITMAN LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025
Telephone:      (310) 445-0800
Facsimile:      (310) 473-2525

Attorneys for Third-Party Defendant and Cross-Claimant,
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA BAY CONTRACTORS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, and ROES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:10-CV-04611-RS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF SCOTTSDALE INSURANCE COMPANY'S CROSS-CLAIM AGAINST GEMINI INSURANCE COMPANY** |
| WESTCHESTER SURPLUS LINES INSUANCE COMPANY, a Georgia Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Corporation; CONTINENTAL CASUALTY INSURANCE COMPANY, an Illinois Corporation; GEMINI INSURANCE COMPANY, a Delaware Corporation; GREAT AMERICAN ASSURANCE COMPANY, an Ohio Corporation; GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation; INTERSTATE FIRE AND CASUALTY COMPANY, an Illinois Corporation; LEXINGTON INSURANCE COMPANY, a Delaware Corporation; LIBERTY SURPLUS INSURANCE CORPORATION, a | |

Selman Breitman LLP
ATTORNEYS AT LAW

1

553302.1  380.30819

Selman Breitman LLP
ATTORNEYS AT LAW

1    New Hampshire Corporation; NIC INSURANCE
COMPANY, a New York Corporation; OLD
2    REPUBLIC GENERAL INSURANCE
CORPORATION, an Illinois Corporation;
3    TRANSCONTINENTAL INSURANCE
COMPANY, an Illinois Corporation;
4    SCOTTSDALE INSURANCE COMPANY, an
Ohio Corporation; TRUCK INSURANCE
5    EXCHANGE, a California Corporation;
VIRGINIA SURETY COMPANY, an Illinois
6    Corporation,

7            Third-Party Defendants.

8    SCOTTSDALE INSURANCE COMPANY, an
Ohio Corporation,
9

10           Cross-Claimant,

11        v.

12    AMERICAN SAFETY INDEMNITY
COMPANY an Oklahama Corporation;
13    NAVIGATORS SPECIALTY  INSURANCE
COMPANY, formally known as NIC Insurance
14    Company, a New York Corporation; GEMINI
INSURANCE COMPANY, a Delaware
15    Corportion; LEXINGTON INSURANCE
COMPANY, a Delaware Corporation; and ROES
16    1 through 20, inclusive,

17           Cross-Defendants.

18

19       Pursuant to Federal Rule of Civil Procedure 41, third-party defendant and cross-claimant

20    Scottsdale Insurance Company ("Scottsdale"), and cross-defendant Gemini Insurance Company

21    ("Gemini"), have agreed and hereby stipulate to the dismissal of Scottsdale's Cross-Claim against

22    Gemini, with prejudice, subject to said parties' mutual waiver of costs.

23      **IT IS SO STIPULATED.**

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO DISMISS GEMINI
CASE NO. 3:10-CV-04611-RS

553302.1  380.30819

DATED: December 20, 2012          SELMAN BREITMAN LLP

                                  By: _____
                                         Lisa M. Lampkin
                                  Attorneys for Third-Party Defendant and Cross-
                                  Claimant Scottsdale Insurance Company

DATED: December ____, 2012        WOLKIN CURRAN, LLP


                                  By: _____
                                         Amy K. Thomas
                                  Attorneys for Cross-Defendant Gemini Insurance
                                  Company

### [PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that cross-defendant Gemini Insurance Company be dismissed, with prejudice, from Scottsdale Insurance Company's cross-claim, with each side to bear its own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____      _____
                                      United States District Court
                                      District of Northern California

Selman Breitman LLP
ATTORNEYS AT LAW

553302.1  380.30819

1   DATED: December 20, 2012          SELMAN BREITMAN LLP

2

3                                     By: _____
                                              Lisa M. Lampkin
4                                     Attorneys for Third-Party Defendant and Cross-
                                      Claimant Scottsdale Insurance Company
5   DATED: December 21, 2012          WOLKIN CURRAN, LLP

6

7                                     By: _____
                                              Amy K. Thomas
8                                     Attorneys for Cross-Defendant Gemini Insurance
                                      Company
9

10          [PROPOSED] ORDER OF PARTIAL DISMISSAL

11          Having reviewed the above stipulation, the Court orders that cross-defendant Gemini

12   Insurance Company be dismissed, with prejudice, from Scottsdale Insurance Company's cross-

13   claim, with each side to bear its own fees and costs.

14

15          PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17   Dated: 12/21/12 _____     _____
                                         United States District Court
18                                       District of Northern California

19

20

21

22

23

24

25

26

27

28
                                         3
                    STIPULATION AND [PROPOSED] ORDER TO DISMISS GEMINI
                                     CASE NO. 3:10-CV-04611-RS

Selman Breitman LLP
ATTORNEYS AT LAW

553302.1  380.30819