SHERYL W. LEICHENGER (SBN 161688)
sleichenger@selmanbreitman.com
LISA MARTIN LAMPKIN (SBN 199514)
llampkin@selmanbreitman.com
LAURA R. RAMOS (SBN (SBN 186326)
lramos@selmanbreitman.com
SELMAN BREITMAN LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025
Telephone: (310) 445-0800
Facsimile: (310) 473-2525

Attorneys for Third-Party Defendant and Cross-Claimant
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA BAY CONTRACTORS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, and ROES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:10-CV-04611-RS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF SCOTTSDALE INSURANCE COMPANY'S CROSS-CLAIM AGAINST LEXINGTON INSURANCE COMPANY, IN EXCHANGE FOR A WAIVER OF COSTS** |
| WESTCHESTER SURPLUS LINES INSUANCE COMPANY, a Georgia Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Corporation; CONTINENTAL CASUALTY INSURANCE COMPANY, an Illinois Corporation; GEMINI INSURANCE COMPANY, a Delaware Corporation; GREAT AMERICAN ASSURANCE COMPANY, an Ohio Corporation; GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation; INTERSTATE FIRE AND CASUALTY COMPANY, an Illinois Corporation; LEXINGTON INSURANCE COMPANY, a Delaware Corporation; LIBERTY | |

| | |
|---|---|
| 1 | SURPLUS INSURANCE CORPORATION, a New Hampshire Corporation; NIC INSURANCE COMPANY, a New York Corporation; OLD REPUBLIC GENERAL INSURANCE CORPORATION, an Illinois Corporation; TRANSCONTINENTAL INSURANCE COMPANY, an Illinois Corporation; SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation; TRUCK INSURANCE EXCHANGE, a California Corporation; VIRGINIA SURETY COMPANY, an Illinois Corporation, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| | Third-Party Defendants. |
| 8 | |
| 9 | SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation, |
| 10 | Cross-Claimant, |
| 11 | v. |
| 12 | AMERICAN SAFETY INDEMNITY COMPANY an Oklahama Corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, formally known as NIC Insurance Company, a New York Corporation; GEMINI INSURANCE COMPANY, a Delaware Corportion; LEXINGTON INSURANCE COMPANY, a Delaware Corporation; and ROES 1 through 20, inclusive, |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | Cross-Defendants. |

Pursuant to Federal Rule of Civil Procedure 41, third-party defendant and cross-claimant Scottsdale Insurance Company ("Scottsdale"), and cross-defendant Lexington Insurance Company ("Lexington"), have agreed and hereby stipulate to the dismissal of Scottsdale's Cross-Claim against Lexington, with prejudice, subject to said parties' mutual waiver of costs.

**IT IS SO STIPULATED.**

553305.1 380.30819

Selman Breitman LLP
ATTORNEYS AT LAW

DATED: December 20, 2012     SELMAN BREITMAN LLP

By: _____
     Lisa M. Lampkin
Attorneys for Third-Party Defendant and Cross-Claimant Scottsdale Insurance Company

DATED: December    , 2012     SELVIN WRAITH HALMAN LLP


By: _____
     David A. Evans
Attorneys for Cross-Defendant Lexington Insurance Company

### [PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that cross-defendant Lexington Insurance Company be dismissed, with prejudice, from Scottsdale Insurance Company's cross-claim, with each side to bear its own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____     _____
                                   United States District Court
                                   District of Northern California

DATED: December 20, 2012    SELMAN BREITMAN LLP

By: _____
Lisa M. Lampkin
Attorneys for Third-Party Defendant and Cross-Claimant Scottsdale Insurance Company

DATED: December 20, 2012    SELVIN WRAITH HALMAN LLP

By: *David A. Evans* (signature)
David A. Evans
Attorneys for Cross-Defendant Lexington Insurance Company

### [PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that cross-defendant Lexington Insurance Company be dismissed, with prejudice, from Scottsdale Insurance Company's cross-claim, with each side to bear its own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/21/12    _____
United States District Court
District of Northern California