1  RAMIRO MORALES, Bar # 167947
   rmorales@mfrlegal.com
2  DAVID A. ASTENGO, Bar # 196096
   dastengo@mfrlegal.com
3  MORALES, FIERRO & REEVES
4  2300 Contra Costa Blvd., Suite 310
   Pleasant Hill, California 94523
5  Telephone:  (925) 288-1776
   Facsimile:   (925) 288-1856
6

7  Attorneys for Defendant / Third-Party Plaintiff, WESTCHESTER
   SURPLUS LINES INSURANCE COMPANY
8

9                  UNITED STATES DISTRICT COURT

10                 NORHTERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO

12

13 | | CASE NO.:  3:10-cv-04611-RS
14 SIERRA BAY CONTRACTORS, INC., )
   A California Corporation,     ) **STIPULATION AND [~~PROPOSED~~]**
                                 ) **ORDER FOR DISMISSAL OF ASPEN**
15      Plaintiff,               ) **SPECIALTY INSURANCE COMPANY**
                                 ) **WITH PREJUDICE**
16 vs.                           )
                                 )
17                               )
   WESTCHESTER SURPLUS LINES     )
18 INSURANCE COMPANY, a Georgia  )
   corporation, and DOES 1 through 50, )
19 inclusive,                    )
                                 )
20      Defendants.              )
                                 )
21                               )
   AND RELATED CROSS-ACTIONS     )
22                               )

23      Pursuant to F.R.C.P. 41, Defendant and Third-Party Plaintiff, Westchester Surplus Lines

24 Insurance Company ("Westchester"), and Third-Party Defendant, Aspen Specialty Insurance

25 Company ("Aspen Specialty"), have agreed and hereby stipulate to the dismissal of Aspen

26 Specialty, from Westchester's First Amended Third-Party Complaint, with prejudice, subject to

27 said parties' mutual waiver of costs.  Said parties request the Court's approval and execution of

28 the below proposed order for dismissal.

---

1

STIPULATION AND [~~PROPOSED~~] ORDER FOR                     Case No. 3:10-cv-04611-RS
DISMISSAL OF ASPEN SPECIALTY INSURANCE COMPANY

**IT IS SO STIPULATED**.

DATE:  December 21, 2012        LAW OFFICES OF SAMUEL F. BARNUM


By:  /s/ Samuel F. Barnum
   SAMUEL F. BARNUM
   Attorneys for Third-Party Defendant,
   ASPEN SPECIALTY INSURANCE COMPANY


DATE:  December 21, 2012        MORALES, FIERRO & REEVES


By:  /s/ David Astengo
   DAVID A. ASTENGO
   Attorneys for Defendant and Third-Party
   Plaintiff, WESTCHESTER SURPLUS LINES
   INSURANCE COMPANY

### [~~PROPOSED~~] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company's, First Amended Third-Party Complaint against Third-Party Defendant, Aspen Specialty Insurance Company, be dismissed, with prejudice.  The remainder of Westchester Surplus Lines Insurance Company's First Amended Third-Party Complaint shall not be changed or impacted by this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 12/21/12

_____
HONORABLE RICHARD SEEBORG
United States District Court
Northern District of California