1 | RAMIRO MORALES, Bar # 167947
2 | rmorales@mfrlegal.com
  | DAVID A. ASTENGO, Bar # 196096
3 | dastengo@mfrlegal.com
  | MORALES, FIERRO & REEVES
4 | 2300 Contra Costa Blvd., Suite 310
  | Pleasant Hill, California 94523
5 | Telephone:  (925) 288-1776
  | Facsimile:   (925) 288-1856
6 |
7 | Attorneys for Defendant / Third-Party Plaintiff, WESTCHESTER SURPLUS LINES INSURANCE COMPANY
8 |
9 | UNITED STATES DISTRICT COURT
10 | NORHTERN DISTRICT OF CALIFORNIA
11 | SAN FRANCISCO

| | |
|---|---|
| SIERRA BAY CONTRACTORS, INC., A California Corporation, | CASE NO.:  3:10-cv-04611-RS |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF ASPEN SPECIALTY INSURANCE COMPANY WITH PREJUDICE** |
| vs. | |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

Pursuant to F.R.C.P. 41, Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company ("Westchester"), and Third-Party Defendant, Aspen Specialty Insurance Company ("Aspen Specialty"), have agreed and hereby stipulate to the dismissal of Aspen Specialty, from Westchester's First Amended Third-Party Complaint, with prejudice, subject to said parties' mutual waiver of costs.  Said parties request the Court's approval and execution of the below proposed order for dismissal.

**IT IS SO STIPULATED**.

DATE:  December 21, 2012                LAW OFFICES OF SAMUEL F. BARNUM


By:   */s/ Samuel F. Barnum*
     SAMUEL F. BARNUM
     Attorneys for Third-Party Defendant,
     ASPEN SPECIALTY INSURANCE COMPANY


DATE:  December 21, 2012                MORALES, FIERRO & REEVES


By:   */s/ David Astengo*
     DAVID A. ASTENGO
     Attorneys for Defendant and Third-Party
     Plaintiff, WESTCHESTER SURPLUS LINES
     INSURANCE COMPANY


### [~~PROPOSED~~] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company's, First Amended Third-Party Complaint against Third-Party Defendant, Aspen Specialty Insurance Company, be dismissed, with prejudice.  The remainder of Westchester Surplus Lines Insurance Company's First Amended Third-Party Complaint shall not be changed or impacted by this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 12/21/12

     HONORABLE RICHARD SEEBORG
     United States District Court
     Northern District of California