```
1   SHERYL W. LEICHENGER (SBN 161688)
    sleichenger@selmanbreitman.com
2   LISA MARTIN LAMPKIN (SBN 199514)
    llampkin@selmanbreitman.com
3   LAURA R. RAMOS (SBN (SBN 186326)
    lramos@selmanbreitman.com
4   SELMAN BREITMAN LLP
    11766 Wilshire Blvd., Sixth Floor
5   Los Angeles, CA 90025
    Telephone:    (310) 445-0800
6   Facsimile:    (310) 473-2525

7   Attorneys for Third-Party Defendant and Cross-Claimant
    SCOTTSDALE INSURANCE COMPANY
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA BAY CONTRACTORS, INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, and ROES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. 3:10-CV-04611-RS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF SCOTTSDALE INSURANCE COMPANY'S CROSS-CLAIM AGAINST AMERICAN SAFETY INDEMNITY COMPANY, IN EXCHANGE FOR A WAIVER OF COSTS** |
| WESTCHESTER SURPLUS LINES INSUANCE COMPANY, a Georgia Corporation,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Corporation; CONTINENTAL CASUALTY INSURANCE COMPANY, an Illinois Corporation; GEMINI INSURANCE COMPANY, a Delaware Corporation; GREAT AMERICAN ASSURANCE COMPANY, an Ohio Corporation; GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation; INTERSTATE FIRE AND CASUALTY COMPANY, an Illinois Corporation; LEXINGTON INSURANCE COMPANY, a Delaware Corporation; LIBERTY | |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | SURPLUS INSURANCE CORPORATION, a New Hampshire Corporation; NIC INSURANCE COMPANY, a New York Corporation; OLD REPUBLIC GENERAL INSURANCE CORPORATION, an Illinois Corporation; TRANSCONTINENTAL INSURANCE COMPANY, an Illinois Corporation; SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation; TRUCK INSURANCE EXCHANGE, a California Corporation; VIRGINIA SURETY COMPANY, an Illinois Corporation,<br><br>               Third-Party Defendants. |
| 9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17 | SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation,<br><br>               Cross-Claimant,<br><br>v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY an Oklahama Corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, formally known as NIC Insurance Company, a New York Corporation; GEMINI INSURANCE COMPANY, a Delaware Corportion; LEXINGTON INSURANCE COMPANY, a Delaware Corporation; and ROES 1 through 20, inclusive,<br><br>               Cross-Defendants. |

Pursuant to Federal Rule of Civil Procedure 41, third-party defendant and cross-claimant Scottsdale Insurance Company ("Scottsdale"), and cross-defendant American Safety Indemnity Company ("ASIC "), have agreed and hereby stipulate to the dismissal of Scottsdale's Cross-Claim against ASIC, with prejudice, subject to said parties' mutual waiver of costs.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: December 20, 2012 | SELMAN BREITMAN LLP |
| 2 | | |
| 3 | | By: /s/ Lisa M. Lampkin |
| 4 | | Attorneys for Third-Party Defendant and Cross-Claimant Scottsdale Insurance Company |
| 5 | DATED: December ___, 2012 | LAW OFFICES OF SEMHA ALWAYA |
| 6 | | |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Semha Alwaya<br>Attorneys for Cross-Defendant American Safety Indemnity Company |

### [PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that cross-defendant American Safety Indemnity Company be dismissed, with prejudice, from Scottsdale Insurance Company's cross-claim, with each side to bear its own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____     _____
                                    United States District Court
                                    District of Northern California

DATED: December 20, 2012    SELMAN BREITMAN LLP

By: _____
    Lisa M. Lampkin
Attorneys for Third-Party Defendant and Cross-Claimant Scottsdale Insurance Company

DATED: December ___, 2012    LAW OFFICES OF SEMHA ALWAYA

By: *[signature]*
    Semha Alwaya
Attorneys for Cross-Defendant American Safety Indemnity Company

## [PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that cross-defendant American Safety Indemnity Company be dismissed, with prejudice, from Scottsdale Insurance Company's cross-claim, with each side to bear its own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/31/12    _____
United States District Court
District of Northern California