1 | RAMIRO MORALES, Bar # 167947
2 | rmorales@mfrlegal.com
  | DAVID A. ASTENGO, Bar # 196096
3 | dastengo@mfrlegal.com
  | MORALES, FIERRO & REEVES
4 | 2300 Contra Costa Blvd., Suite 310
  | Pleasant Hill, California 94523
5 | Telephone:  (925) 288-1776
  | Facsimile:   (925) 288-1856
6 |
7 | Attorneys for Defendant / Third-Party Plaintiff, WESTCHESTER SURPLUS LINES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORHTERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SIERRA BAY CONTRACTORS, INC., A California Corporation, | CASE NO.:  3:10-cv-04611-RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF GREAT AMERICAN ASSURANCE COMPANY AND GREAT AMERICAN INSURANCE COMPANY** |
| vs. | |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

Pursuant to F.R.C.P. 41, Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company ("Westchester"), and Third-Party Defendants, Great American Assurance Company ("Great American Assurance") and Great American Insurance Company ("Great American Insurance"), have agreed and hereby stipulate to the dismissal of Great American Assurance and Great American Insurance from Westchester's First Amended Third-Party Complaint, with prejudice, subject to said parties' mutual waiver of costs.  Said parties request the

---

1

STIPULATION AND [PROPOSED] ORDER FOR                                            Case No. 3:10-cv-04611-RS
DISMISSAL OF GREAT AMERICAN ASSURANCE AND GREAT AMERICAN INS.

Court's approval and execution of the below proposed order for dismissal.

**IT IS SO STIPULATED**.

DATE: December 28, 2012          BRANSON, BRINKOP, GRIFFITH & STRONG, LLP

By:   /s/ Michele O. Blaise
      MICHELE O. BLAISE
      Attorneys for Third-Party Defendants,
      GREAT AMERICAN ASSURANCE
      COMPANY and GREAT AMERICAN
      INSURANCE COMPANY

DATE: December 28, 2012          MORALES, FIERRO & REEVES

By:   /s/ David Astengo
      DAVID A. ASTENGO
      Attorneys for Defendant and Third-Party
      Plaintiff, WESTCHESTER SURPLUS LINES
      INSURANCE COMPANY

## [PROPOSED] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company's, First Amended Third-Party Complaint against Third-Party Defendants, Great American Assurance Company and Great American Insurance Company, be dismissed, with prejudice. The remainder of Westchester Surplus Lines Insurance Company's First Amended Third-Party Complaint shall not be changed or impacted by this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 12/31/12

HONORABLE RICHARD SEEBORG
United States District Court
Northern District of California