RAMIRO MORALES, Bar # 167947
rmorales@mfrlegal.com
DAVID A. ASTENGO, Bar # 196096
dastengo@mfrlegal.com
MORALES, FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, California 94523
Telephone:  (925) 288-1776
Facsimile:   (925) 288-1856

Attorneys for Defendant / Third-Party Plaintiff, WESTCHESTER SURPLUS LINES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORHTERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SIERRA BAY CONTRACTORS, INC., A California Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO.:  3:10-cv-04611-RS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF GREAT AMERICAN ASSURANCE COMPANY AND GREAT AMERICAN INSURANCE COMPANY** |

Pursuant to F.R.C.P. 41, Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company ("Westchester"), and Third-Party Defendants, Great American Assurance Company ("Great American Assurance") and Great American Insurance Company ("Great American Insurance"), have agreed and hereby stipulate to the dismissal of Great American Assurance and Great American Insurance from Westchester's First Amended Third-Party Complaint, with prejudice, subject to said parties' mutual waiver of costs.  Said parties request the

Court's approval and execution of the below proposed order for dismissal.

**IT IS SO STIPULATED**.

DATE: December 28, 2012   BRANSON, BRINKOP, GRIFFITH & STRONG, LLP

By: /s/ Michele O. Blaise
MICHELE O. BLAISE
Attorneys for Third-Party Defendants,
GREAT AMERICAN ASSURANCE COMPANY and GREAT AMERICAN INSURANCE COMPANY

DATE: December 28, 2012   MORALES, FIERRO & REEVES

By: /s/ David Astengo
DAVID A. ASTENGO
Attorneys for Defendant and Third-Party Plaintiff, WESTCHESTER SURPLUS LINES INSURANCE COMPANY

## [~~PROPOSED~~] ORDER OF PARTIAL DISMISSAL

Having reviewed the above stipulation, the Court orders that Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company's, First Amended Third-Party Complaint against Third-Party Defendants, Great American Assurance Company and Great American Insurance Company, be dismissed, with prejudice. The remainder of Westchester Surplus Lines Insurance Company's First Amended Third-Party Complaint shall not be changed or impacted by this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 12/31/12

HONORABLE RICHARD SEEBORG
United States District Court
Northern District of California