1  RAMIRO MORALES, Bar # 167947
   rmorales@mfrlegal.com
2  DAVID A. ASTENGO, Bar # 196096
   dastengo@mfrlegal.com
3  MORALES, FIERRO & REEVES
4  2300 Contra Costa Blvd., Suite 310
   Pleasant Hill, California 94523
5  Telephone:  (925) 288-1776
   Facsimile:   (925) 288-1856
6
7  Attorneys for Defendant / Third-Party Plaintiff, WESTCHESTER
   SURPLUS LINES INSURANCE COMPANY
8

9                    UNITED STATES DISTRICT COURT
10                   NORHTERN DISTRICT OF CALIFORNIA
11                            SAN FRANCISCO
12

| | |
|---|---|
| SIERRA BAY CONTRACTORS, INC., A California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, and DOES 1 through 50, inclusive, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS | CASE NO.:  3:10-cv-04611-RS <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF OLD REPUBLIC GENERAL INSURANCE CORPORATION AND VIRGINIA SURETY COMPANY, INC.** |

   Pursuant to F.R.C.P. 41, Defendant and Third-Party Plaintiff, Westchester Surplus Lines Insurance Company ("Westchester"), and Third-Party Defendants, Old Republic General Insurance Corporation ("Old Republic") and Virginia Surety Company, Inc. ("Virginia Surety"), have agreed and hereby stipulate to the dismissal of Old Republic and Virginia Surety from Westchester's First Amended Third-Party Complaint, with prejudice, subject to said parties' mutual waiver of costs.  Said parties request the Court's approval and execution of the below

---

1 proposed order for dismissal.

2     **IT IS SO STIPULATED**.

3

4 DATE: December 28, 2012    BRANSON, BRINKOP, GRIFFITH & STRONG, LLP

5

6

7     By:   /s/ Michele O. Blaise
    MICHELE O. BLAISE
    Attorneys for Third-Party Defendants,

8     OLD REPUBLIC GENERAL INSURANCE
    CORPORATION and VIRGINIA SURETY

9     COMPANY, INC.

10 DATE: December 28, 2012    MORALES, FIERRO & REEVES

11

12

13     By:   /s/ David Astengo
    DAVID A. ASTENGO

14     Attorneys for Defendant and Third-Party
    Plaintiff, WESTCHESTER SURPLUS LINES

15     INSURANCE COMPANY

16

17     ~~**[PROPOSED]**~~ **ORDER OF PARTIAL DISMISSAL**

18     Having reviewed the above stipulation, the Court orders that Defendant and Third-Party

19 Plaintiff, Westchester Surplus Lines Insurance Company's, First Amended Third-Party Complaint

20 against Third-Party Defendants, Old Republic General Insurance Corporation and Virginia Surety

21 Company, Inc., be dismissed, with prejudice. The remainder of Westchester Surplus Lines

22 Insurance Company's First Amended Third-Party Complaint shall not be changed or impacted by

23 this Order.

24     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25 Date: 12/31/12

26     HONORABLE RICHARD SEEBORG
    United States District Court

27     Northern District of California

28